Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **57 Concrete LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | **8 4 – 2 7 7 0 8 8 6** |

**4. Debtor's address**

**Principal place of business**

**4877 Western Road**
Number        Street

**Mission, TX 78574**
City                          State      ZIP Code

**Hidalgo**
County

**Mailing address, if different from principal place of business**

Number        Street

City                          State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                          State      ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | **https://57concrete.com/** |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   __57 Concrete LLC_____   Case number *(if known)* _____
         Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
__2__ __3__ __6__ __1__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____  When _____ Case number _____
                                        MM / DD / YYYY

         District _____  When _____ Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____  Relationship _____

         District _____  When _____
                                                   MM / DD / YYYY

         Case number, if known _____

Debtor     **57 Concrete LLC**                                    Case number *(if known)* _____
           Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.     Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

_____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
| --- | --- |

_____

| City | | State | ZIP Code |
| --- | --- | --- | --- |

**Is the property insured?**

☐ No

☐ Yes.     Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49   ☑ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000

☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000   ☐ $1,000,001-$10 million   ☐ $500,000,001-$1 billion

☐ $50,001-$100,000   ☑ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion

☐ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion

☐ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion

---

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page **3**

Debtor   **57 Concrete LLC**                                          Case number *(if known)*
         Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING --    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12/19/25
               MM/  DD/  YYYY

X  /s/ Eluid Cavazos
   Signature of authorized representative of debtor

**Eluid Cavazos**
Printed name

Title    **Managing Member**

**18. Signature of attorney**

X  /s/ Charles M. Rubio          Date  **12/19/2025**
   Signature of attorney for debtor        MM/  DD/  YYYY

**Charles M. Rubio**
Printed name

**Parkins & Rubio LLP**
Firm name

**708 Main Street 10th Floor**
Number        Street

**Houston**                          **TX**        **77002**
City                                 State       ZIP Code

**(713) 715-1660**                   **crubio@parkinsrubio.com**
Contact phone                        Email address

**24083768**                         **TX**
Bar number                           State

Fill in this information to identify the case:

Debtor name      **57 Concrete LLC**

United States Bankruptcy Court for the:

     **Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Filegonia Aggregrates LLC 25130 Jesus Flores Rd Edcouch, TX 78538 | (956) 274-2798 office@filegoniaaggregates.com | Trade Claim | | | | $1,479,200.11 |
| 2 | Texas Cement, Inc 3801 Foust Rd Brownsville, TX 78521 | accounting@texancement.com | Trade Claim | | | | $1,125,978.55 |
| 3 | 57 Concrete X LLC 1 4819 Western Rd Mission, TX 78574 | (956) 564-0863 57concretex@57concretex.com | Trade Claim | | | | $940,640.50 |
| 4 | Artic Ice 1 INC 3108 N Sugar Rd Pharr, TX | (956) 270-9727 | Trade Claim | | | | $444,398.00 |
| 5 | Pico Propane and Fuels - Valley PO Box 1309 Del Rio, TX 78841 | (956) 200-0830 | Trade Claim | | | | $330,767.66 |
| 6 | 57 RGV Logistics LLC 4819 Western Rd Mission, TX 78574 | 57rgvlog@57concretex.com | Trade Claim | | | | $299,630.51 |
| 7 | Waukesha-Pearce Ind., LLC 12320 South Main St. Houston, TX 77035 | | Trade Claim | | | | $203,813.41 |
| 8 | Sika Corporation PO Box 733639 Dallas, TX 75373 | | Trade Claim | | | | $192,088.53 |

Debtor    **57 Concrete LLC**
     Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9  57 Mechanic LLC<br>4819 Western Rd<br>Mission, TX 78574 | (956) 564-0863<br>57mechanic@57concretex.com | Trade Claim | Contingent | | | $184,202.95 |
| 10  Flyash Distributors, LLC DBA Texas Fly Ash<br>12409 Quaker Ave<br>Lubbock, TX 79424 | | Trade Claim | | | | $168,222.49 |
| 11  US Transport and Logistics, LLC<br>PO Box 561587<br>Denver, CO 80256 | duane.hartwig@us-transport.com | Trade Claim | | | | $160,696.76 |
| 12  Eco Material Technologies<br>675 Phil Gramm Blvd.<br>Bryan, TX 77807 | arinquiries@ecomaterial.com | Trade Claim | | | | $138,092.48 |
| 13  San Francisco Trucking, LLC<br>1324 E Olga St<br>Pharr, TX 78577 | (956) 566-0769<br>sanfranciscotrucking@gmail.com | Trade Claim | | | | $100,850.38 |
| 14  American Express Corporate<br>200 Vesey St<br>New York, NY 10285 | | Credit | | | | $99,798.62 |
| 15  Equipment Share<br>5116 Margaret Ave<br>Corpus Christi, TX 78407 | (361) 520-4445<br>customerservice@equipmentshare.com | Trade Claim | | | | $76,513.78 |
| 16  GMW Rentals LLC<br>717 W. Expressway 83<br>Donna, TX 78537 | | Trade Claim | | | | $72,847.00 |
| 17  Green Terra Resources LLC<br>PO Box 60593<br>Midland, TX 79711 | | Trade Claim | | | | $58,126.46 |
| 18  Holt Industrial Rentals<br>P.O. BOX 207916<br>San Antonio, TX 78220 | | Trade Claim | | | | $55,256.91 |
| 19  Texas Comptroller of Public Accounts<br>Lyndon B. Johnson State Office Building<br>111 East 17th Street<br>Austin, TX 78774 | | Taxes | | | | $53,549.18 |
| 20  Professional Service Industries, Inc<br>2020 Loop 499 Suite 302<br>Harlingen, TX 78550 | (956) 423-6826 | Trade Claim | | | | $36,740.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Case No. 25-_____ |
| 57 Concrete LLC,[1] | Chapter 11 |
| Debtor. | |

**DEBTOR 57 CONCRETE, LLC'S**
**CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY INTEREST**
**HOLDERS PURSUANT TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1**

1.      Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, 57 Concrete LLC, as debtor and debtor in possession (collectively, the "<u>Debtor</u>") in the above-captioned chapter 11 case hereby states as follows:

2.      The Debtor is a limited liability company. The Debtor's members and managers are Eliud Cavazos and Jesus Cepeda. Eliud owns a sixty-six and two-thirds percent (66⅔%) membership interest in the Debtor, and Jesus owns a thirty-three and one-third percent (33⅓%) membership interest in the Debtor.

---

[1]      The last four digits of its Employer Identification Numbers is 0886.  The Debtor's mailing address is: 4877 Western Rd., Mission, TX 78574.

**UNANIMOUS WRITTEN CONSENT OF**
**THE MEMBERS AND MANAGERS OF**
**57 CONCRETE LLC**
December 19, 2025

Pursuant to the Limited Liability Company Agreement of 57 Concrete LLC (the "**Company**"), the undersigned being all the Members and Managers of the Company hereby consent to and affirmatively agree to the adoption of the following resolutions.

**Approval of Bankruptcy Filing**

WHEREAS, the Members and Managers have determined that it is desirable and in the best interests of the Company, its creditors, and other stakeholders generally that the Company file a petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

NOW, THEREFORE, BE IT RESOLVED, that the Company is hereby authorized to file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of the Bankruptcy Code (the "**Chapter 11 Case**").

BE IT FURTHER RESOLVED, that each Manager or other officer of the Company, (collectively, the "**Authorized Officers**") are hereby authorized to execute and verify such petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed with the United States Bankruptcy Court for the Southern District of Texas Houston Division (the "**Bankruptcy Court**"), in such form and at such time as the Authorized Officer executing such petition shall determine.

BE IT FURTHER RESOLVED, that each of the Authorized Officers be, and each of them hereby is, authorized to execute and file, or cause to be filed (or direct others to do so on their behalf as provided herein) with the Bankruptcy Court, on behalf of the Company, all petitions, affidavits, schedules, motions, lists, applications, pleadings, removals, contested matters, adversary proceedings, and other necessary papers or documents, including any amendments thereto, and, in connection therewith, to employ and retain all assistance by legal counsel, financial advisors, accountants, or other professionals and to take any and all actions that they deem necessary or proper to obtain such chapter 11 bankruptcy relief, and to take any necessary steps to coordinate and effectuate the Chapter 11 Case and to maintain in good standing the Company's corporate status or amend such corporate status as may be necessary to accomplish the purpose of this resolution and authorization to act.

**Retention of Professionals**

BE IT FURTHER RESOLVED, that each of the Authorized Officers be, and each of them hereby is, authorized and directed, on behalf of and in the name of the Company, to employ the law firm of Parkins & Rubio LLP to represent and advise the Company in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings, in connection with the Chapter 11 Case, and each of the Authorized Officers are hereby authorized and directed to execute appropriate retention

1

agreements, pay appropriate retainers prior to the filing of the Chapter 11 Case, and cause to be filed an appropriate application with the Bankruptcy Court for authority to retain the services of Parkins & Rubio LLP.

BE IT FURTHER RESOLVED, that each of the Authorized Officers be, and each of them hereby is, authorized and directed, on behalf of and in the name of the Company, to employ Mario Allegre, along with Alegre & Associates Bcs LLC, as the Company's CPA and financial advisor to represent and assist the Company in carrying out the Company's duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations in connection with the Chapter 11 Case, and each of the Authorized Officers is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to the filing of the Chapter 11 Case, and cause to be filed an appropriate application with the Bankruptcy Court for authority to retain the services of Alegre & Associates Bcs, LLC.

BE IT FURTHER RESOLVED, that each of the Authorized Officers be, and each of them hereby is, authorized and directed, on behalf of and in the name of the Company, to employ a claims, noticing, soliciting, and balloting agent, to assist the Company in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Company' rights and obligations in connection with the Chapter 11 Case, and each of the Authorized Officers is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to the filing of the Chapter 11 Case, and cause to be filed an appropriate application with the Bankruptcy Court for authority to retain the services of such claims, noticing, soliciting, and balloting agent.

**General Implementation Authority**

BE IT FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Officer of a Company to seek relief on behalf of such Company under chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 Case in connection with such proceedings, or any matter related thereof, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company.

BE IT FURTHER RESOLVED, that each of the Authorized Officers be, and each of them hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to take any action, as in the good faith business judgment of such Authorized Officer shall be or become necessary, proper, and desirable to put into effect the purposes of the foregoing resolutions and the transactions contemplated by these resolutions.

BE IT FURTHER RESOLVED, that each of the Authorized Officers be, and each of them hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file, and/or record and perform such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates, or other documents, to incur all such fees and expenses and to take such other action, as in the judgment of such Authorized Officer shall be or become necessary, proper and desirable to prosecute to a successful completion of the Chapter 11 Case,

2

and to carry out and put into effect the purposes of the foregoing resolutions and the transactions contemplated by these resolutions.

BE IT FURTHER RESOLVED, that each of the Authorized Officers be, and each of them hereby is, authorized and empowered, with full power of delegation, for and in the name and on behalf of the Company to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, or other writings referred to in the foregoing resolutions.

BE IT FURTHER RESOLVED, that each of the Authorized Officers be, and each of them hereby is, authorized and empowered, with full power of delegation, for and in the name and on behalf of the Company, to execute and authorize and take such other actions that are deemed necessary and advisable, with respect to any documents, certificates, instruments, agreements, or other writings referred to in the foregoing resolutions.

BE IT FURTHER RESOLVED, that all acts, actions, and transactions that are consistent with the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company.

BE IT FURTHER RESOLVED, that any facsimile or other electronic signature to these resolutions shall be fully effective as an original signature hereto.

IN WITNESS WHEREOF, the undersigned, being the Managers of each of the Company, have executed this written consent as of the date first written above.

**57 CONCRETE LLC**

By: *Eliud R Cavazos*
Name: Eliud R Cavazos (Dec 19, 2025 11:14:21 CST)
   Eliud Cavazos
Title: Member and Manager

By: *Jesus Cepeda*
Name: Jesus Cepeda (Dec 19, 2025 12:02:11 CST)
   Jesus Cepeda
Title: Member and Manager

3

# 57 Concrete - Resolution re Bankruptcy Filing

Final Audit Report                                                    2025-12-19

| | |
|---|---|
| Created: | 2025-12-19 |
| By: | Jacob Towles (jtowles@parkinsrubio.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAnmGJ04O9dktmxUSdtojSZBcpo9YSTFyo |

## "57 Concrete - Resolution re Bankruptcy Filing" History

Document created by Jacob Towles (jtowles@parkinsrubio.com)
2025-12-19 - 3:23:17 PM GMT

Document emailed to ec@57concrete.com for signature
2025-12-19 - 3:24:07 PM GMT

Document emailed to jc@57concrete.com for signature
2025-12-19 - 3:24:07 PM GMT

Email viewed by ec@57concrete.com
2025-12-19 - 3:47:29 PM GMT

Email viewed by jc@57concrete.com
2025-12-19 - 3:47:37 PM GMT

Signer ec@57concrete.com entered name at signing as Eliud R Cavazos
2025-12-19 - 5:14:19 PM GMT

Document e-signed by Eliud R Cavazos (ec@57concrete.com)
Signature Date: 2025-12-19 - 5:14:21 PM GMT - Time Source: server

Signer jc@57concrete.com entered name at signing as Jesus Cepeda
2025-12-19 - 6:02:09 PM GMT

Document e-signed by Jesus Cepeda (jc@57concrete.com)
Signature Date: 2025-12-19 - 6:02:11 PM GMT - Time Source: server

Agreement completed.
2025-12-19 - 6:02:11 PM GMT

 Parkins Rubio LLP    Powered by
Attorneys and Counselors at law    **Adobe Acrobat Sign**