# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Case No.  25-90818 (CML) |
| 57 CONCRETE LLC,[1] | Chapter 11 |
| Debtor. | |

## STIPULATION AND AGREED ORDER

This stipulation and agreed order (this "Stipulation") is entered into by and among 57 Concrete LLC, as debtor and debtor in possession (the "Debtor"), and the official committee of unsecured creditors appointed in the above-captioned chapter 11 case (the "Committee," and together with the Debtor, the "Parties").

WHEREAS, on December 19, 2025 (the "Petition Date"), the Debtor commenced this chapter 11 case (the "Case") by filing a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Court");

WHEREAS, the Debtor is a party to two unexpired leases of nonresidential real property with 57 Aggregates (the "Leases");

WHEREAS, pursuant to section 365(d)(4)(A) of the Bankruptcy Code, the Debtor must assume or reject the Leases within 120 days after the Petition Date;

WHEREAS, the Debtor has filed a motion seeking authority to assume the Leases (the "Assumption Motion");

---

[1]     The last four digits of its Employer Identification Numbers is 0886.  The Debtor's mailing address is: 4877 Western Rd., Mission, TX 78574.

WHEREAS, the Committee has raised concerns regarding the proposed assumption of the Leases and the Committee has asked for additional documents and information in order to assess the potential assumption of the Leases and it will take additional time to gather and produce requested documents and information and for the Committee to process requested documents and information and file objections if appropriate;

WHEREAS, pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code, the Court may extend the 120-day period for an additional 90 days for cause;

WHEREAS, the Debtor and the Committee believe that good cause exists to extend the deadline to assume or reject the Leases;

WHEREAS, the Debtor has agreed to extend the Committee's deadline to object to the Assumption Motion in connection with such extension;

NOW, THEREFORE, in consideration of the foregoing, the Parties hereby stipulate and agree, and upon approval by the Court, it is hereby ORDERED that:

1.      The deadline for the Debtor to assume or reject the Leases pursuant to section 365(d)(4) of the Bankruptcy Code is hereby extended through and including July 17, 2026 (the "Extended Deadline").

2.      The Committee's deadline to object to the Debtor's proposed assumption of the Leases is hereby extended through and including July 6, 2026.

3.      This Stipulation is without prejudice to the rights of any party of interest with respect to the assumption or rejection of the Leases.

4.      The Court shall retain jurisdiction to interpret, implement, and enforce the terms of this Stipulation.

Dated:

_____
UNITED STATES BANKRUPTCY JUDGE

Dated: March 19, 2026

| DEBTOR: | UNSECURED CREDITOR COMMITTEE: |
|---|---|
| PARKINS & RUBIO LLP | GRABLE MARTIN PLLC |
| /s/ Charles Rubio | /s/ Mary Elizabeth Heard |
| Lenard M.  Parkins (TX Bar No. 15518200) | Mary Elizabeth Heard (TX Bar No. 24096727) |
| Charles M.  Rubio (TX Bar No. 24083768) | Eric Zukoski (TX Bar No. 24010509) |
| Roman A.  Porsche (TX Bar No. 24130686) | Matthew E. Furse (TX Bar No. 24105032) |
| Jacob T.  Towles (TX Bar No. 24125065) | Marshall Harkins (TX Bar No. 24113719) |
| 708 Main St., Fl 10 | 7700 Broadway, Ste. 104 PMB 308 |
| Houston, TX 77002 | San Antonio, TX 78209 |
| Email: lparkins@parkinsrubio.com | Email: meheard@grablemartin.com |
| crubio@parkinsrubio.com | ezukoski@grablemartin.com |
| rporsche@parkinsrubio.com | mfurse@grablemartin.com |
| jtowles@parkinsrubio.com | mharkins@grablemartin.com |
| Phone: 713-715-1666 | |
| | Phone: 210-572-4925 |
| *Counsel to the Debtor* | |
| | Proposed Counsel to the Official Committee of Unsecured Creditors |