United States Bankruptcy Court
Southern District of Texas

**ENTERED**

April 08, 2026

Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Case No. 25-90818 (CML) |
| 57 Concrete LLC,[1] | Chapter 11 |
| Debtor. | |

**ORDER EXTENDING PLAN EXCLUSIVE PERIOD**

Upon the motion (the "Motion")[2] of 57 Concrete LLC, as debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), for entry of an order extending the Exclusive Filing Period and Exclusive Solicitation Period pursuant to section 1121(d) of the Bankruptcy Code; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §1334; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. §157(b); and venue being proper pursuant to 28 U.S.C. §§1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice is required; and this Court having reviewed the Motion; and after due deliberation and sufficient cause appearing therefor:

IT IS HEREBY ORDERED THAT

1.      Pursuant to section 1121(d) of the Bankruptcy Code, the Exclusive Filing Period is extended through and including October 15, 2026.

---

[1]      The last four digits of its Employer Identification Numbers is 0886.  The Debtor's mailing address is: 4877 Western Rd., Mission, TX 78574.

[2]      Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

2.  Pursuant to section 1121(d) of the Bankruptcy Code, the Exclusive Solicitation Period is extended through and including December 14, 2026.

3.  The extensions of the Exclusive Periods granted herein are without prejudice to the Debtor's right to seek further extensions pursuant to section 1121(d) of the Bankruptcy Code.

4.  Notice of the Motion was proper, timely, adequate, and sufficient under the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.

5.  This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Signed:  April 08, 2026

_____
Christopher Lopez
United States Bankruptcy Judge

2