UNITED STATES BANKRUPTCY COURT
DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:

57 CONCRETE LLC

CASE NO: 25-90818

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11
ECF Docket Reference No. 414

On 7/14/2026, I did cause a copy of the following documents, described below,

57 Concrete - Bar Date Order for New Debtors ECF Docket Reference No. 414

57 Concrete - Notice of Deadlines 415

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/14/2026

/s/ Charles Rubio
Charles Rubio

708 Main St
Houston, TX 77002
646-419-0181
crubio@parkinsrubio.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:

57 CONCRETE LLC

CASE NO: 25-90818

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 414

On 7/14/2026, a copy of the following documents, described below,

57 Concrete - Bar Date Order for New Debtors ECF Docket Reference No. 414

57 Concrete - Notice of Deadlines 415

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/14/2026

_Victoria Blake_

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Charles Rubio

708 Main St
Houston, TX  77002

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

TEXAS MUTUAL INSURANCE COMPANY
2200 ALDRICH ST.
AUSTIN TX 78723

NATIONAL LIABILITY & FIRE INSURANCE COMPANY
1314 DOUGLAS STREET
SUITE 1400
OMAHA NE 68102

VANTAGE RISK ASSURANCE COMPANY
123 N. WACKER DR.
SUITE 1300
CHICAGO IL 60606

CENTURY SURETY COMPANY
550 POLARIS PARKWAY
SUITE 300
WESTERVILLE OH 43082

UNITED CASUALTY & SURETY INSURANCE COMPANY
303 CONGRESS STREET
SUITE 502
BOSTON MA 02210

CITY OF SAN BENITO (WATER)
485 N SAM HOUSTON BLVD
SAN BENITO TX 78586

AGUA SUD
PO BOX 4379
MISSION TX 78573-0075

REPUBLIC SERVICES
PO BOX 78829
PHOENIX AZ 85062

TWILIO INC.
101 SPEAR STREET
5TH FLOOR
SAN FRANCISCO CA 94105

AMAZON WEB SERVICES
410 TERRY AVENUE NORTH
SEATTLE WA 98109

MICROSOFT CORPORATION
ONE MICROSOFT WAY
REDMOND WA 98052

TXU ENERGY
PO BOX 650638
DALLAS TX 75265-0638

WASTE MANAGEMENT
PO BOX 3020
MONROE WI 53566

SPECTRUM ENTERPRISE
PO BOX 223085
PITTSBURGH PA 15251-2085

SPECTRUM BUSINESS
PO BOX 60074
CITY OF INDUSTRY CA 91716-0074

VERIZON WIRELESS
PO BOX 660108
DALLAS TX 75266-0108

BALBOA CAPITAL
575 ANTON BLVD
FL 12
COSTA MESA CA 92626

CHRYSLER
P.O. BOX 961275
CORPORATE HQ MAILING
FORT WORTH TX 76161

EAST HARBOR
ATTN: FRANCO RASCHIO
3401 NW 82ND AVE
SUITE 232
DORAL FL 33122

EQUIFY FINANCIAL
777 MAIN STREET
SUITE 3900
FORT WORTH TX 76102

KOMATSU
8770 W BRYN MAWR AVE
SUITE 100
CHICAGO IL 60631

M2
ATTN: RUSSELL S. LONG
111 EAST KILBOURN AVE
1400
MILWAUKEE WI 53202

MACK
8003 PIEDMONT TRIAD PKWY
GREENSBORO NC 27409

PACCAR
777 106TH AVENUE NE
BELLEVUE WA 98004

PRIME ALLIANCE BANK
1868 SOUTH 500 WEST
WOODS CROSS UT 84087

STELLANTIS
5757 WOODWAY DR
SUITE 400
HOUSTON TX 77057-1520

FILEGONIA AGGREGRATES LLC
25130 JESUS FLORES RD
EDCOUCH TX 78538-3204

TEXAN CEMENT, INC
3801 CAPT DONALD L FOUST ROAD
BROWNSVILLE TX 78521

57 CONCRETE LLC; 57 AGGREGATES LLC; 57 RGV
LOGISTICS LLC; 57 MECHANIC LLC
4819 WESTERN RD
MISSION TX 78574-6335

ARTIC ICE 1 INC.
3108 N SUGAR RD
PHARR TX 78577

PICO PROPANE AND FUELS VALLEY
P.O. BOX 1309
DEL RIO TX 78841

SIKA CORPORATION
P.O. BOX 733639
DALLAS TX 75373

FLYASH DISTRIBUTORS, LLC DBA TEXAS FLY ASH
12409 QUAKER AVE
LUBBOCK TX 79424

WAUKESHAPEARCE IND., LLC
12320 SOUTH MAIN ST
HOUSTON TX 77035

EUCLID CHEMICAL
PO BOX 932674
CLEVELAND OH 44193

ECO MATERIAL TECHNOLOGIES
675 PHIL GRAMM BLVD
BRYAN TX 77807

SAN FRANCISCO TRUCKING, LLC
1324 E OLGA ST
PHARR TX 78577

GREEN TERRA RESOURCES LLC
PO BOX 60593
MIDLAND TX 79711

HOLT INDUSTRIAL RENTALS
P.O. BOX 207916
SAN ANTONIO TX 78220

US TRANSPORT AND LOGISTICS, LLC
PO BOX 561587
DENVER CO 80256-1587

PROFESSIONAL SERVICE INDUSTRIES, INC
2020 LOOP 499 SUITE 302
HARLINGEN TX 78550

HOLT CAT
P.O. BOX 650345
DALLAS TX 75265-0345

RSM US LLP
5155 PAYSPHERE CIRCLE
CHICAGO IL 60674

EQUIPMENT SHARE
5116 MARGARET AVE
CORPUS CHRISTI TX 78407

SUNBELT RENTALS, INC
PO BOX 409211
ATLANTA GA 30384-9211

HOLT TRUCK CENTERS
711 N CAGE BLVD
PHARR TX 78577

COMMAND ALKON
P.O. BOX 11407
BIRMINGHAM AL 35246

RGA
3905 EAST PROGRESS STREET
NORTH LITTLE ROCK AR 72114

STEWART & STEVENSON
1631 CHALK HILL RD
DALLAS TX 75212

COMAR EQUIPMENT
4000 W EXPRESSWAY 83
MCALLEN TX 78574

GMW RENTALS LLC
717 W EXPRESSWAY 83
DONNA TX 78537

POLYDECK
1790 DEWBERRY RD
SPARTANBURG SC 29307

THE GRAFIX EXPRESS LLC
230 W NEWCOMBE AVE
PHARR TX 78577

TEXAS FIRST RENTALS LLC
P.O. BOX 650869
DALLAS TX 75265-0869

ROMCO EQUIPMENT CO., LLC
312 PARK ST
MERCEDES TX 78570

HIGH CALIBER FAB LLC
1115 W PARK AVE
KIEL WI 53042

NDS LEASING
PO BOX 825736
PHILADELPHIA PA 19101

JOHN DEERE FINANCIAL
P.O. BOX 660164
DALLAS TX 75266-0164

TEXAS COMMISSION OF ENVIRONMENTAL QUALITY
P.O. BOX 13087
AUSTIN TX 78711-3087

TEXAS DEPARTMENT OF MOTOR VEHICLES
4000 JACKSON AVE
AUSTIN TX 78731

TEXAS DPS
5805 N LAMAR BLVD
AUSTIN TX 78752

TEXAS SECRETARY OF STATE
1019 BRAZOS ST
AUSTIN TX 78701

TEXAS WORKFORCE COMMISSION
101 E 15TH ST
AUSTIN TX 78778

AMERICAN EXPRESS BUSINESS
P.O. BOX 981535
EL PASO TX 79998-1535

BANK OF AMERICA BUSINESS
P.O. BOX 15019
WILMINGTON DE 19850-5019

CAPITAL ONE
P.O. BOX 85139
RICHMOND VA 23285-5139

GM FINANCIAL GAS
801 CHERRY ST
SUITE 3600
FORT WORTH TX 76102

NEXT G SYS LLC
601 N MAIN ST, STE I
MCALLEN TX 78501

BARRERA SANCHEZ & ASSOCIATES P.C.
10113 N 10TH ST, SUITE A
MCALLEN TX 78504

OIL PATCH FUEL & SUPPLY INC
17716 STATE HIGHWAY 107
COMBES TX 78535

REDBIRD TRUCKING LLC
3815 HUNTER ROAD
SAN MARCOS TX 78666

COMMERCIAL CREDIT GROUP INC.
ATTN: RYAN J. OSTROW
525 N. TRYON ST
SUITE 1000
CHARLOTTE NC 28202

MACK FINANCIAL SERVICES
PO BOX 7247-0236
PHILADELPHIA PA 19170-0236

LIEBERMAN & IESTZICK
ATTN: ABRAHAM BEINHORN
381 SUNRISE HIGHWAY
SUITE 302
LYNBROOK NY 11563

IRONSHORE SPECIALTY INSURANCE COMPANY
175 BERKELEY ST
BOSTON MA 02116

NPM ATTORNEYS AT LAW (NEUBERT, PEPE & MONTEITH,
PC)
195 CHURCH ST
13TH FLOOR
NEW HAVEN CT 06510

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: VIANEY GARZA; HA NGUYEN; ALINA SAMKO-YU
BELT
SUITE 3516
HOUSTON TX 77002

57 CONCRETE LLC
4877 WESTERN ROAD
MISSION TX 78574

ELIUD R. CAVAZOS
3729 N GLASSCOCK RD
MISSION TX 78574

SHELBY JORDAN
800 W SAM HOUSTON BLVD
SUITE 800
PHARR TX 78755

WRIGHT CLOSE BARGER & GUZMAN, LLP
ATTN: ANDREW C. NELSON; BRANDON D. FLACK
ONE RIVERWAY, SUITE 2200
HOUSTON TX 77056

IBC (INTERNATIONAL BANK OF COMMERCE)
P.O. BOX 901
LAREDO TX 78042-0901

GARCIA & GARCIA LAW FIRM
ATTN: JEFFREY M. GARCIA
1200 E HARRISON ST
BROWNSVILLE TX 78520

LAW OFFICE OF HIRAM A. GUTIERREZ
ATTN: HIRAM A. GUTIERREZ
400 NORTH MCCOLL
A
MCALLEN TX 78501

HENDERSHOT COWART, P.C.
ATTN: SIMON W. HENDERSHOT, III
701 W COUNTRY CLUB RD
ROSWELL NM 88201

LANGLEY & BANACK, INC.
ATTN: MARK E. MACIAS; JEFF FINLEY; ZACHARY J.
FANUCCHI
745 E MULBERRY AVE, SUITE 700
SAN ANTONIO TX 78212

T-MOBILE FOR BUSINESS
PO BOX 742596
CINCINNATI OH 45274

MONGODB, INC.
1633 BROADWAY
38TH FLOOR
NEW YORK NY 10019

GOOGLE LLC
1600 AMPHITHEATRE PARKWAY, C/O CUSTODIAN OF
RECORDS
MOUNTAIN VIEW CA 94043

GLOBAL FINANCIAL & LEASING SERVICES, LLC
94 HUNDRED CORPORATE CENTER, 9375 E. SHEA BLVD
114
SCOTTSDALE AZ 85260

RITCHIE BROS. FINANCIAL SERVICES
TWO WESTBROOK CORPORATE CENTER, PO BOX 78564
500
WESTCHESTER IL 60154

JESSICA MARTINEZ INSURANCE AGENCY
210 S STEWART RD
MISSION TX 78572

PEDRO CEPEDA
25130 JESUS FLORES RD
MONTE ALTO TX 78538

RIO BANK
701 E. EXPRESSWAY 83
MCALLEN TX 78501

PERDUE BRANDON FIELDER COLLINS & MOTT, LLP
ATTN: JANELLE V. CASO
1235 NORTH LOOP WEST
600
HOUSTON TX 77008

THE BAEZ LAW FIRM, P.C.
ATTN: LUIS F. BAEZ
700 LOUISIANA ST
3950
HOUSTON TX 77002

REYNA LAW FIRM, PLLC
ATTN: EZEQUIEL REYNA, JR.; ADRIAN R. MARTINEZ;
RICARDO R. REYNA; GRACIELA ORELLANA
1200 AUBURN AVENUE BLDG 200
275
MCALLEN TX 78504

LAPEZE & JOHNS, PLLC
ATTN: KEITH LAPEZE; LANCE A. KIRBY; DAVID W.
JEWETT
601 SAWYER ST.
650
HOUSTON TX 77007

AGUILAR LAW FIRM
ATTN: CESAR O. AGUILAR
2112 S SHARY RD
15
MISSION TX 78572

LAW OFFICE OF ROLANDO CANTU
ATTN: ROLANDO CANTU
515 PECAN BLVD
MCALLEN TX 78501

ALBERT VILLEGAS
1111 W MOCKINGBIRD LN
1200
DALLAS TX 75247

MATTHEW POPKIN
300 W 15TH ST
AUSTIN TX 78701

CALHOUN LAW FIRM, PLLC
ATTN: WILSON CALHOUN
500 N WATER ST
607
CORPUS CHRISTI TX 78401

LAW FIRM OF RICARDO A. GARCIA
ATTN: RICARDO GARCIA
820 S. MAIN ST
MCALLEN TX 78501

COX PLLC
ATTN: SCOTT RODRIGUEZ
8144 WALNUT HILL LN
DALLAS TX 75231

LAW OFFICE OF LAWRENCE J. FALLI (BARNETT GARCIA
ATTN: LAWRENCE J. FALLI; DAVID L. FLORES
3821 JUNIPER TRACE
108
AUSTIN TX 78738

FARMER, HOUSE, OSUNA & OLVERA, PLLC
ATTN: EDWARD L. OSUNA
411 HEIMER RD
SAN ANTONIO TX 78232

THOMPSON, COE, COUSINS & IRONS, L.L.P.
ATTN: DAVID JEWETT; STEPHANIE KRUEGER
4400 POST OAK PARKWAY
1000
HOUSTON TX 77027

THE LAW OFFICE OF DEREK I. SALINAS, PLLC.
ATTN: DEREK IVAN SALINAS
5111 N 10TH ST
PMB 288
MCALLEN TX 78504

GOLDMAN & PETERSON PLLC
ATTN: LARRY J GOLDMAN
10100 REUNION PLACE
800
SAN ANTONIO TX 78216

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: MICHAEL G. CANO
1512 S LONE STAR WAY
EDINBURG TX 78539

LAW OFFICE OF ABEL HINOJOSA
ATTN: ABEL HINOJOSA
3515 W ALBERTA RD
EDINBURG TX 78539

OFFICE OF THE ATTORNEY GENERAL
ATTN: MATTHEW POPKIN
300 W 15TH ST
AUSTIN TX 78701

ATTN: KELLY RIVERA SALAZAR
1512 S LONE STARWAY
EDINBURG TX 78539

VANTAGE BANK
PO BOX 1700
MCALLEN TX 78505

VILLARREAL & BEGUM, PLLC
ATTN: ALEXANDER BEGUM
2401 WILD FLOWER DR
A
BROWNSVILLE TX 78526

DOGGETT MACHINERY SERVICES
9111 NORTH FREEWAY
HOUSTON TX 77037

JOHN DEERE FINANCIAL
1209 ORANGE ST
WILMINGTON DE 19801

IRONSHORE SPECIALTY INSURANCE COMPANY
175 BERKELEY ST
BOSTON MA 02116

PROFESSSIONAL FORKLIFT INC
4817 THRUSH ST
METAIRIE LA 70001

JB&B CAPITAL
109 S NORTHSHORE DR
200
KNOXVILLE TN 37919

OPHELIA CAPITAL GROUP
9 WEST BROAD ST, 3RD FLOOR
STAMFORD CT 06902

AT&T
PO BOX 6467
CAROL STREAM IL 60197

HUSCH BLACKWELL
ATTN: TIM P. RIBELIN
111 CONGRESS AVENUE
1400
AUSTIN TX 78701

JORDAN & ORTIZ, P.C.
JORDAN & ORTIZ, P.C.; ATTN: SHELBY A. JORDAN
500 NORTH SHORELINE BLVD
804
CORPUS CHRISTI TX 78401

CHARTER CAPITAL HOLDINGS LP
SPENCER FANE, LLP; ATTN: JASON M. MEDLEY
3040 POST OAK BLVD
1400
HOUSTON TX 77056

FOX FUNDING GROUP LLC
WILSON FRIERY PLLC; ATTN: BROOCKS "MACK" WILSON
708 MAIN ST
10 FL
HOUSTON TX 77002

KLC FINANCIAL LLC
DRESSLER & PETERS, LLC; ATTN: DENNIS DRESSLER,
ESQ
101 W. GRAND AVE
404
CHICAGO IL 60654

FORD MOTOR CREDIT COMPANY LLC
AIS PORTFOLIO SERVICES, LLC (FORD); ATTN:
AMITKUMAR SHARMA
4515 N SANTA FE AVE
DEPT. APS
OKLAHOMA CITY OK 73118

ORCAFUNDING
THE KANTROW LAW GROUP, LLC; ATTN: FRED S.
KANTROW, ESQ
732 SMITHTOWN BYPASS
101
SMITHTOWN NY 11787

CHARTER CAPITAL HOLDINGS LP
SPENCER FANE, LLP; ATTN: MISTY A. SEGURA
3040 POST OAK BLVD
1400
HOUSTON TX 77056

ALLY BANK DEPARTMENT
AIS PORTFOLIO SERVICES, LLC (ALLY); ATTN:
AMITKUMAR SHARMA
4515 N SANTA FE AVE
DEPT. APS
OKLAHOMA CITY OK 73118

BROWNSVILLE NAVIGATION DISTRICT OF CAMERON
COUNTY.
RENTFRO, IRWIN & IRWIN, PLLC; ATTN: WILLIAM J.
IRWIN
1650 PAREDES LINE RD
102
BROWNSVILLE TX 78521

GM FINANCIAL
HINSHAW & CULBERTSON LLP; ATTN: MATTHEW A. LNOWX
5151 SAN FELIPE
1380
HOUSTON TX 77056

VOLVO FINANCIAL SERVICES
PADFIELD & STOUT LLP; ATTN: JOHN T. EASTER;
MATTHEW J. MCGOWAN; JESSICA N. ALT
100 THROCKMORTON STREET
700
FORT WORTH TX 76102

COMPTROLLER OF PUBLIC ACCOUNTS, REVENUE
ACCOUNTING
ASSISTANT ATTORNEY GENERAL
TEXAS ATTORNEY GENERAL'S OFFICE
BANKRUPTCY & COLLECTIONS DIVISION; ATTN: CALLAN
C. SEARCY
PO BOX 12548

HIDALGO COUNTY/ CAMERON COUNTY
LINEBARGER GOGGAN BLAIR & SAMPSON,LLP; ATTN:
DIANE W. SANDERS
PO BOX 17428
AUSTIN TX 78760

FIRST CITIZENS BANK & TRUST COMPANY
WELTMAN, WEINBERG AND REIS CO LPA; ATTN: GARRY
MASTERSON
5990 WEST CREEK RD
200
INDEPENDENCE OH 44131

GARCIA & VILLAREAL, PLLC
ATTN: FRANCISCO VILLARREAL
4401 N. MCCOLL RD.
MCALLEN TX 78504

DICKINSON-WRIGHT PLLC
ATTN: ASHLEY JERICHO; CHARLES T. RICE; JOHN R.
NELSON
607 W 3RD ST
AUSTIN TX 78703

THE GULF GROUP, LLC
ATTN: KURT STEPHEN
100 SOUTH BICENTENNIAL
MCALLEN TX 78501

FRENCH ELLISON TRUCK CENTER
4300 N CAGE BLVD
PHARR TX 78577

OPHELIA CAPITAL GROUP
136B CEDARHURST AVE
CEDARHURST NY 11516

OPHELIA CAPITAL GROUP
159 WEST BROAD STREET, 3RD FL
STAMFORD CT 06902

OPHELIA CAPITAL GROUP
700 CANAL STREET, 1ST FL
STAMFORD CT 06502

OPHELIA CAPITAL GROUP
195 CHURCH ST, 13TH FL
NEW HAVEN CT 06510

ACE RECOVERY GROUP, LLC
ATTN:  STEVEN SCHWARTZMAN; DANIEL GOLD
99 WALL STREET
4890
NEW YORK NY 10005

MAURICE WUTSCHER, LLP
ATTN: ALAN C. HOCHHEISER
23611 CHAGRIN BLDV
207
BEACHWOOD OH 44122

MONTALVO LAW
ATTN: MARCUS MONTALVO
900 NORTH MAIN ST
MCALLEN TX 78501

ATTN: CESAR CABELLO MARROQUIN
2701 SANTA TERESA
MISSION TX 78572

ATTN: CESAR CABELLO MARROQUIN
6701 SOUTH 27TH. ST.
MCALLEN TX 78503

MCGUIREWOODS LLP
ATTN: DION W. HAYES
GATEWAY PLAZA, 800 EAST CANAL ST
RICHMOND VA 23219

MCGUIREWOODS LLP
ATTN: DION W. HAYES
1251 AVENUE OF THE AMERICAS, 20TH FL
NEW YORK NY 10020

THOMPSON CONTRUCTION GROUP, INC
ATTN: GREG A. THOMPSON
100 NORTH MAIN
SUMTER SC 29150

GRABLE MARTIN PLLC
ATTN: MARY ELIZABETH HEARD, MATTHEW E. FURSE,
AND MARSHALL
7700 BROADWAY
104, PMB 308
SAN ANTONIO TX 78209

OFFERMAN & KING LLP
ATTN:  JAMES W. KING
6420 WELLINGTON PLACE
BEAUMONT TX 77706

ALDRIDGE PITE LLP
ATTN:  TRICIA MORA
3333 CAMINO DEL RIO SOUTH
225
SAN DIEGO CA 92108

ATTORNEY DONALD WYATT, PC
ATTN: DONALD L. WYATT, JR.
PO BOX 132467
SPRING TX 77393

SYNCHORNY BANK
4017 N. CAGE BLVD
PHARR TX 78577

CONTECH MANUFACTURING INC.
67079 170TH AVENUE
DODGE CENTER MN 55927

FRENCH ELLISON TRUCK CENTER
9010 I-10 FRONTAGE RD
CONVERSE TX 78109

MIXER & PLANT PARTS
1843 TUCKER ST
ROCK HILL SC 29730

SIMON W. HENDERSHOT III
1800 BERING DRIVE
600
HOUSTON TX 77057

JCB FINANCIAL
717 W EXPY 83
DONNA TX 78537

KANE RUSSELL COLEMAN LOGAN PC
ATTN: KYLE WOODARD; JAKAYLA DABERA
901 MAIN ST
5200
DALLAS TX 75202

PADFIELD & STOUT, LLP
ATTN: MATTHEW D. GIADROSICH
100 THROCKMORTON STREET
700
FORT WORTH TX 76102

HUSCH BLACKWELL LLP
ATTN: JAMESON J. WATTS
111 CONGRESS AVE
1400
AUSTIN TX 78701

HUSCH BLACKWELL LLP
ATTN: ALEJANDRA GARCIA CASTRO
1900 N. PEARL ST
1800
DALLAS TX 75201

CALDWELL CLARK FANUCHHI & FINLAYSON PLLC
ATTN: ZACHARY J. FANNUCHI; BRAD S. AKIN
700 N. ST MARY'S ST
1825
SAN ANTONIO TX 78205

STREUSAND, LANDON, OZBURN & LEMMON, LLP
ATTN: RHONDA MATES
1801 S. MOPAC EXPRESSWAY
320
AUSTIN TX 78746

BECKET & LEE LLP
ATTN: CHISTOPHER CRAMER, CLAIMS ADMINISTRATOR
PO BOX 3001
MALVERN PA 19355