24hourtranslation.com

Houston: 2020 Montrose Blvd. #202, Houston, TX 77006
Ph: (713) 589 - 3112

Dallas: 5025 Addison Cir., Addison, TX 75063
Ph: (214) 550-0151

# DECLARATION OF TRANSLATOR

*28 U.S.C. § 1746 · Fed. R. Evid. 604, 901(b)(1)*

I, **Jose R. Gonzalez** declare as follows:

1. **Competence.** I am over eighteen (18) years of age, of sound mind, and fully competent to make this declaration. I have personal knowledge of each statement set out below, and each such statement is true and correct. My business address for purposes of this declaration is c/o 24 Hour Translation Services, 2020 Montrose Blvd., Suite 202, Houston, Texas 77006.
2. **Engagement.** I am a professional translator working in the Spanish–English language pair. I was engaged by 24 Hour Translation Services, an independent professional translation agency with offices in Houston and Addison, Texas, to translate from Spanish into English the document identified in Paragraph 5 below. I personally performed that translation.
3. **Qualifications — Education.** My formal education includes:
   a. Modern Languages, with a specialization in the Spanish/English language pair, Universidad Central de Venezuela, Caracas, Venezuela, completed February 2006; and
   b. Journalism and Broadcasting, Universidad Central de Venezuela, Caracas, Venezuela, completed July 2000.
4. **Qualifications — Language Competence and Professional Experience.** I am fluent in Spanish and in English and I am competent to translate between those two languages. I have more than twenty (20) years of professional experience working as a journalist and translator in the Spanish–English pair, including:
   a. Journalist and translator, United Press International, Caracas, Venezuela, March 2001 to February 2008, where my duties included the translation of news copy and source material between Spanish and English on deadline;
   b. Journalist and translator, Venpress, Caracas, Venezuela, April 2004 to October 2009, with similar translation duties; and
   c. Professional translator, June 2011 to the present, translating documents between Spanish and English for agency and direct clients, including civil registry records, court filings, corporate and financial records, and personal identity documents.

   A true and correct copy of my curriculum vitae, setting out my education and professional experience in further detail, is attached as **Exhibit C**.
5. **The Document Translated.** I translated the Spanish-language email communication from Pedro Castorena, dated August 29, 2026, addressed to Vianey Garza of the Office of the United States Trustee, with additional recipients copied, consisting of 2 page(s). A true and correct copy of that Spanish-language document, as it was provided to me, is attached as **Exhibit A**. My English translation of that document is attached as **Exhibit B**.
6. **Method.** I worked from the original document attached as Exhibit A. I translated the entire document, including all text appearing in seals, stamps, marginal annotations, and handwritten entries. Where a portion of the source document could not be read with certainty, I marked it "[illegible]" in the translation rather than supplying a conjectural reading. Non-textual elements are described in brackets in the position in which they appear. Any translator's notes appear on a separate page following the translation and are not part of the translated text. After completing the translation, I compared it in full against the Spanish-language source document.
7. **Certification of Accuracy.** The English translation attached as Exhibit B is a true, complete, and accurate translation of the Spanish-language document attached as Exhibit A. To the best of my knowledge and ability, nothing has been added to, omitted from, or altered in the meaning of the original document.
8. **No Interest.** I am not a party to this action, I am not related to any party, and I have no personal interest in the subject matter of the translated document or in the outcome of this proceeding. My compensation is a fee for translation services rendered and is not contingent upon the content of the translation or upon the outcome of any proceeding.
9. **Availability.** I am available to testify under oath that the attached translation is a true translation, concerning both my qualifications and the accuracy of the translation described above. I may be contacted through 24 Hour Translation Services at the address and telephone numbers shown above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 30, 2026**.

[signature]

JOSE R. GONZALEZ,
Declarant

Estimada Señora Garza

Le escribo para dar seguimiento a mi correo del 30 de julio de 2026, en el que expuse mi preocupación
respecto de las mociones presentadas ante la Corte por el abogado del Comité el 23 de Julio.
Reitero de manera categórica:
No autorice esas mociones y ni siquiera estuve presente en la reunión en la que supuestamente se acordaron.

Desde entonces han ocurrido tres hechos que agravan mi preocupación:

1. Las mociones no sólo continúan vigentes, sino que fueron enmendadas recientemente.
Me enteré de ello en una conversación con el deudor ( Eliud Cavazos ) no por conducto del Comité ni de su abogado.

2. Han transcurrido más de tres semanas sin que se convoque a una reunión formal del Comité.
Al menos yo no he sido convocado

3.Fui señalado por un presunto incumplimiento de mi deber fiduciario y fui objeto de una investigación por este motivo,
Además, fui convocado a comparecer ante usted, sin que en ningún momento se me notificara que mi comparecencia
Formará parte de una investigación en mi contra, me enteré del carácter de esta diligencia después de haberla rendido
lo cual considero una situación extremadamente grave.

Estos hechos, me confirman lo que ya le había planteado: El abogado del Comité actúa de forma independiente
sin el consenso absoluto de sus miembros.

A la fecha no he recibido respuesta alguna a mi correo del 30 de Julio, ni de su oficina ni de mi propio abogado del Comité.
Esto confirma precisamente lo que le manifesté en la entrevista pasada, cuando usted me preguntó al respecto: Que el Comité no me toma en cuenta.

Con el debido respeto le recuerdo que además de ser acreedor y parte afectada, usted me otorgó un deber fiduciario como miembro del Comité
frente al resto de los acreedores no garantizados y La forma en que se está conduciendo el Comité no protege ese interés:
lo que entorpece el proceso y con ello el objetivo que todos compartimos en este caso.

En consecuencia solicito respetuosamente a su oficina:

1. Que se me proporcione, o se requiera al Comité, el registro que acredite la autorización de las mociones presentadas el 23 de Julio y de sus enmiendas:
Minutas, constancias de votación o consentimiento de los miembros.

2. Una respuesta formal a mi correo del 30 de Julio de 2026 enviado a usted.

3. Que en lo sucesivo, se me notifique por escrito y con antelación si soy sujeto a una investigación antes de ser convocado a comparecer.

Quedo atento a su respuesta y a su disposición para cualquier aclaración.

Atentamente
Pedro Castorena

**DISCLAIMER: Dado los antecedentes de mi comunicación anterior con los involucrados**
**Este mail no pretende ser una herramienta para ser usado en mi contra.**
**Tampoco pretende afectar emocionalmente ni en el ego individual de los aquí copiados**
**No pretende ser un acto de desobediencia ni insurrección en contra de nadie**
**No es un texto ofensivo ni tampoco se pretende eso en este escrito**
**Se copia a el SR: Eliud Cavazos por ser mencionado en el texto**
**Este escrito es lo que es: Una petición de estatus de mi mail del 30 de Junio**

Dear Ms. Garza:

I am writing to follow up on my email dated July 30, 2026, in which I expressed my concerns regarding the motions that Committee counsel filed with the Court on July 23. I categorically reiterate the following:
I did not authorize those motions, nor was I even present at the meeting during which they were purportedly approved.

Since then, three developments have further compounded my concerns:

1. The motions not only remain pending, but were also recently amended.
I learned of this during a conversation with the Debtor (Eliud Cavazos), rather than through the Committee or its counsel.

2. More than three weeks have elapsed without a formal meeting of the Committee being convened.
At least, I have not been given notice of any such meeting.

3. I was accused of an alleged breach of my fiduciary duty and was subjected to an investigation on that basis.
Furthermore, I was summoned to appear before you without ever being notified that my appearance would form part of an investigation against me. I learned of the nature of that proceeding only after I had appeared, which I consider to be an extremely serious matter.

These events confirm what I previously brought to your attention: counsel for the Committee is acting independently, without the full consensus of its members.

To date, I have received no response whatsoever to my July 30 email, either from your office or from my own Committee counsel.
This further substantiates what I stated during my prior interview when you questioned me about this matter: the Committee excludes me from its decision-making process.

With all due respect, I remind you that, in addition to being a creditor and an affected party, you appointed me to serve on the Committee, thereby imposing upon me a fiduciary duty to the other unsecured creditors. The manner in which the Committee is conducting itself fails to protect their interests: It’s impeding the proceedings and, consequently, the objective we all share in this case.

Accordingly, I respectfully request that your office:

1. Provide me with, or require the Committee to produce, the records evidencing authorization of the motions filed on July 23 and the amendments thereto:
Minutes, voting records, or evidence of the members’ consent.

2. Provide a formal response to my July 30, 2026 email sent to you.

3. Going forward, provide me with prior written notice if I am the subject of an investigation before I am summoned to appear.

I look forward to your response and remain available should you require any clarification.

Respectfully,
Pedro Castorena

**DISCLAIMER: In light of the circumstances surrounding my prior communications with the individuals involved:**
**This email is not intended to be used against me in any manner.**
**It is not intended to cause emotional distress or personal offense to any individual copied herein.**
**It is not intended as an act of disobedience, defiance, or insubordination toward any person.**
**Nothing in this communication is intended to be offensive.**
**Eliud Cavazos is copied on this email because he is referenced herein.**
**This communication is exactly what it purports to be: a request for an update regarding the status of my June 30 email.**