**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Case No. 25-90818 (CML) |
| 57 CONCRETE LLC, *et al.*,[1] | Chapter 11 |
| Debtor. | (Jointly Administered) |

**CORRECTION TO DECLARATION**

I, Charles M. Rubio, declare under penalty of perjury as follows:

1. On August 27, 2026, I filed my Supplemental Declaration [Docket No. 473] (the "Supplemental Declaration"), with Schedule 1 thereto [Docket No. 473-1] ("Schedule 1").

2. I file this Correction solely to correct three entries in the "Connection" column of Schedule 1. To avoid any ambiguity, the "Connection" entry for each of Eliud R. Cavazos, Jesus Cepeda, and Pedro Cepeda should read: "Principal of Current Client; Never a Current or Former Client of P&R."

3. The Supplemental Declaration already correctly provides that neither I nor P&R had any attorney-client relationship with Eliud R. Cavazos, Jesus Cepeda, or Pedro Cepeda, that P&R was retained to represent the Debtor entities and not those individuals, and that P&R did not undertake to represent those individuals with respect to their guaranties. [Dkt. No. 473 ¶¶ 6, 8, 54.]

[1] The jointly administered Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: 57 Concrete LLC ("57 Concrete") (0886), 57 Fuels LLC ("Fuels") (5550), 57 Logistics LLC ("Logistics") (4104), and 57 RGV Machinery LLC ("RGV") (7906). The Debtors' service address is 4877 Western Road, Mission, Texas 78574.

4. This Correction corrects only the shorthand used in Schedule 1 and does not change the substance of the Supplemental Declaration. No other portion of the Supplemental Declaration or Schedule 1 is changed.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: August 31, 2026

*/s/ Charles M. Rubio*
Charles M. Rubio