IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| 57 CONCRETE LLC, *et al.*,[1] | § | CASE NO. 25-90818-cml |
| | § | |
| DEBTORS. | § | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that PACCAR Financial Corp. (hereinafter "Movant"), files this Notice of Appearance and Request for Notices and Service of Papers and enters this appearance as creditor and party in interest in the above-entitled and numbered bankruptcy, pursuant to 11 U.S.C. § 1109(b) and Rules 2002 and 9010 of the Rules of Bankruptcy Procedure and respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon:

Matthew D. Giadrosich
PADFIELD & STOUT, L.L.P.
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102
817.338.1616 Telephone
817.338.1610 Facsimile

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Rules specified, but all of the notices and papers, including, without limitation, but not limited to: notices of any Application, Motion, Petition, Pleading, Request, Complaint, or Demand, whether formal or informal, whether written or

[1] The jointly administered Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: 57 Concrete LLC ("57 Concrete") (0886), 57 Fuels LLC ("Fuels") (5550), 57 Logistics LLC ("Logistics") (4104), and 57 RGV Machinery LLC ("RGV") (7906). The Debtors' service address is 4877 Western Road, Mission, Texas 78574.

oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise: (1) which affect or seek to affect in any way the rights or interests with respect to: (a) the Debtors; (b) property which the Debtors may claim in interest; (c) the Debtors' property; and (d) property in the possession, custody, or control of Debtors; or (2) which seek to require any act, payment, or other conduct by Movant or which provide or are required to provide Movant an opportunity to act.

The undersigned additionally requests that the Debtors and the Clerk of the Court place the name and address below on any mailing matrix or list of creditors to be prepared or existing in the above-numbered case.

**PADFIELD & STOUT, LLP**
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102
Telephone: 817-338-1616
Facsimile: 817-338-1610

/s/ *Matthew D. Giadrosich*
Mark W. Stout
State Bar I.D. #24008096
mstout@padfieldstout.com
Matthew D. Giadrosich
State Bar I.D. #24074274
mdg@padfieldstout.com
Jessica N. Alt
State Bar I.D. 24127981
jalt@padfieldstout.com

*Attorneys for Movant*

## CERTIFICATE OF SERVICE

I certify that on Friday, September 4, 2026, a true and correct copy of the foregoing document was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notices.

/s/ *Matthew D. Giadrosich*
Matthew D. Giadrosich