IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| 57 CONCRETE LLC, *et al.*,[1] | § | CASE NO. 25-90818-cml |
| | § | |
| DEBTORS. | § | (Jointly Administered) |

**ORDER GRANTING PACCAR FINANCIAL CORP.'S MOTION FOR RELIEF FROM AUTOMATIC STAY REGARDING VEHICLES, OR ALTERNATIVELY, MOTION FOR ADEQUATE PROTECTION AND INSPECTION OF COLLATERAL**

CAME ON THIS DAY FOR CONSIDERATION PACCAR Financial Corp.'s Motion For Relief From Automatic Stay Regarding Vehicles, or Alternatively, Motion for Adequate Protection and Inspection of Collateral (the "Motion") filed in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate negative notice language, pursuant to LBR 4001, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within seven days or the Motion would be deemed by the Court to be unopposed. The Court finds that after considering the Motion, exhibits, and arguments of counsel, if any, good cause exists for the entry of the following order.

Accordingly, it is hereby ORDERED that the Motion filed by PACCAR Financial Corp. is hereby GRANTED so as to lift the Automatic Stay as to the following vehicles (the "Vehicles"):

| Description | VIN |
|---|---|
| 2025 Kenworth T880 with body S/N 105HP2420058 | 1NKZLK0X3SJ175832 |
| 2025 Kenworth T880 with body S/N 105HP2420063 | 1NKZLK0X2SJ175837 |
| 2025 Kenworth T880 with body S/N 105HP2420064 | 1NKZLK0X4SJ175838 |
| 2025 Kenworth T880 with body S/N 105HP2420065 | 1NKZLK0X6SJ175839 |

[1] The jointly administered Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: 57 Concrete LLC ("57 Concrete") (0886), 57 Fuels LLC ("Fuels") (5550), 57 Logistics LLC ("Logistics") (4104), and 57 RGV Machinery LLC ("RGV") (7906). The Debtors' service address is 4877 Western Road, Mission, Texas 78574.

It is further ORDERED that PACCAR Financial Corp. is authorized to proceed to foreclose on its security interest in the Vehicles pursuant to all applicable state laws and thereafter commence any action necessary to obtain complete possession of the Vehicles without further order or proceeding of this Court.

IT IS FURTHER ORDERED that the 14-day-stay provided by Bankruptcy Rule 4001(a)(3) is waived.

Signed: ______________________

_____________________________________
Honorable Christopher M. Lopez
United States Bankruptcy Judge