**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 25-90818-cml** |
| **57 CONCRETE LLC** | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| **DEBTOR.** | § | **CHAPTER 11** |
| | § | |

**RESPONSE OF HIDALGO COUNTY TO MOTION FOR RELIEF FROM STAY FILED BY PACCAR FINANCIAL CORP. RE: DOCUMENT [492]**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COMES NOW HIDALGO COUNTY, Respondent, and files this Response to the Motion for Relief from Automatic Stay Regarding Vehicles, or Alternatively, Motion for Adequate Protection and Inspection of Collateral filed by PACCAR Financial Corp. (hereinafter "PACCAR"), in order to respectfully show the Court as follows:

1. This court has jurisdiction over this contested matter pursuant to 28 U.S.C. § 157(b)(2)(G) and 1334. This is a core proceeding involving relief from the automatic stay created by 11 U.S.C. § 362(a).

2. Respondent is a political subdivision of the State of Texas and is authorized to assess, levy and collect ad valorem taxes on property located within its jurisdiction pursuant to TEX. CONST. Art. VIII, sec. 1, and the Texas Property Tax Code. Payment of taxes assessed by Respondent are secured by liens created by the Texas Constitution and Texas Property Tax Code § 32.01.

3. Debtor filed its voluntary petition for relief on 12/19/2025, in this Court. At the time the petition was filed the Debtor was the owner of certain property located within the jurisdiction of Hidalgo County, which is more fully described in the attached Exhibit 1 which is incorporated herein for all purposes. This property includes vehicles which are the subject of PACCAR's Motion.

4. Respondent has levied and assessed ad valorem taxes on that property for the years and in the amounts which are shown on the attached Exhibit 1. These taxes are now delinquent and owed to Hidalgo County.

5. In addition to the delinquent taxes listed on the Exhibit 1, the Debtor owes Respondent for ad valorem taxes levied and assessed for the current year, calculated pursuant to state law, which may or may not be liquidated as of the filing of this Response.

6. Respondent is not opposed to this Court granting PACCAR's motion, but requests that the stay be lifted for Hidalgo County as well.

7. This Court should grant Respondent relief from the automatic stay of § 362 by terminating, modifying or conditioning the stay with respect to the property described in the attached Exhibit 1 to prevent irreparable damage to the interest of the taxing authority pursuant to 11 U.S.C. § 362(f).

WHEREFORE, Respondent prays that to the extent this Court terminates the automatic stay of § 362(a) for Movant, it also lift the stay for Respondent so as to permit Hidalgo County to exercise all rights and remedies available to it under the Texas Property Tax Code for the collection of the ad valorem taxes owed to it by the Debtor on the property described in this response, and for such other relief as may be appropriate under these premises.

Respectfully Submitted,

LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675 (Telephone)
(512) 443-5114 (Facsimile)

By: __*/s/ Diane W. Sanders*_____
DIANE W. SANDERS
State Bar No. 16415500

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Response of Hidalgo County to Motion for Relief from Stay filed by PACCAR Financial Corp. has been served electronically to the ECF participants in this case and by First Class Mail to the parties listed below on this 9th day of September, 2026.

57 Concrete LLC
4877 Western Road
Mission, TX 78574

**DEBTOR**

Lenard M. Parkins
Parkins & Rubio LLP
Great Jones Building
708 Main Street, Ste. 10th Floor
Houston TX 77002

**ATTORNEY FOR DEBTOR**

U.S Trustee
Office of the US Trustee
515 Rusk Ave
Ste. 3516
Houston, TX 77002

**TRUSTEE**

Matthew D. Giadrosich
PADFIELD & STOUT, L.L.P
100 Throckmorton St., Suite 700
Fort Worth, TX 76102
(817)-338-1616

**ATTORNEY FOR PACCAR Financial Corp.**

*/s/ Diane W. Sanders*
DIANE W. SANDERS

# DELINQUENT TAX STATEMENT SUMMARY

THE COUNTY OF HIDALGO TEXAS

**PABLO (PAUL) VILLARREAL JR., PCC**
**HIDALGO COUNTY TAX ASSESSOR - COLLECTOR**
**PO BOX 178**
**EDINBURG, TEXAS 78540**
**(956) 318-2157**

**Certified Owner:**

**57 CONCRETE LLC**
**4877 WESTERN RD**
**MISSION, TX 78574-6335**

**Legal Description:**

INVENTORY SUPPLIES FURNITURE FIXTURES EQUIPMENT & VEHICLES AT 4877 WESTERN RD/NEW ACCT 2021

**Account No: T2200-99-002-0024-00**

**2025 Value:** $1,533,354
**Appr. Dist. No.:** 1314503

**Legal Acres:** .0000
**Parcel Address:** 4877 N WESTERN RD

**As of Date:** 05/27/2026

**Print Date:** 05/27/2026 **Printed By:** LGBSMADELIN

| Year | Tax Units | Remaining Levy | IF PAID BY June 1, 2026 | | IF PAID BY June 30, 2026 | | IF PAID BY July 31, 2026 | |
|---|---|---|---|---|---|---|---|---|
| | | | Penalty Interest | Total | Penalty Interest | Total | Penalty Interest | Total |
| 2023 | 9150 | $19.99 | $0.00 | $19.99 | $0.00 | $19.99 | $0.00 | $19.99 |
| 2024 | 1 2 49 54 55 | $16,442.49 | $7,760.86 | $24,203.35 | $7,949.95 | $24,392.44 | $8,139.04 | $24,581.53 |
| 2025 | 1 2 8 9 49 54 55 | $35,437.35 | $9,578.56 | $45,015.91 | $10,375.28 | $45,812.63 | $12,054.03 | $47,491.38 |
| **TOTAL AMOUNT DUE:** | | **$51,899.83** | $17,339.42 | **$69,239.25** | $18,325.23 | **$70,225.06** | $20,193.07 | **$72,092.90** |

**Tax Unit Codes:**

1 HIDALGO COUNTY 2 DRAIN DIST #1 8 EMS DIST #5 9 EMS DIST #6 49 LA JOYA ISD
54 SOUTH TEXAS ISD 55 SOUTH TEXAS COLLEGE 9150 REVERSE PAYMENT

***VISIT OUR WEBSITE TO PAY ONLINE OR INQUIRE ON YOUR PROPERTY AT WWW.HIDALGOCOUNTYTAX.ORG***

IF THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE TAX COLLECTOR FOR THE HIDALGO COUNTY TAX OFFICE REGARDING A RIGHT YOU MAY HAVE TO ENTER INTO AN INSTALLMENT AGREEMENT DIRECTLY WITH THE TAX COLLECTOR FOR THE HIDALGO COUNTY TAX OFFICE FOR THE PAYMENT OF THESE TAXES.

**THE TAXES ON THIS PROPERTY ARE DELINQUENT. THE PROPERTY IS SUBJECT TO A LIEN FOR THE DELINQUENT TAXES. IF THE DELINQUENT TAXES ARE NOT PAID, THE LIEN MAY BE FORECLOSED.**

---

**PLEASE CUT AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT**

31.1.58

**Print Date: 05/27/2026**

**Appr. Dist. No.:** 1314503

**PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE PAYABLE TO:**

**PABLO (PAUL) VILLARREAL JR., PCC**
**HIDALGO COUNTY TAX ASSESSOR - COLLECTOR**
**PO BOX 178**
**EDINBURG, TEXAS 78540**

* T 2 2 0 0 9 9 0 0 2 0 0 2 4 0 0 *

| If Paid By | Amount Due |
|---|---|
| June 1, 2026 | $69,239.25 |
| June 30, 2026 | $70,225.06 |
| July 31, 2026 | $72,092.90 |
| **Amount Paid:** | $________.___ |

**T2200-99-002-0024-00**

**57 CONCRETE LLC**
**4877 WESTERN RD**
**MISSION, TX 78574-6335**

EXHIBIT 1

Page 1 of 1

00013145030006923925