**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Case No. 25-90818 (CML) |
| 57 Concrete LLC, *et al.*,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF ALEGRE & ASSOCIATES BCS, LLC, AS FINANCIAL ADVISOR TO THE DEBTORS, FOR THE PERIOD FROM DECEMBER 19, 2025, THROUGH MARCH 31, 2026**

The Court has considered the First Interim Fee Application of Alegre & Associates BCS, LLC, as Financial Advisor to the Debtors, for the period from December 19, 2025, through March 31, 2026, filed by Alegre & Associates BCS, LLC (the "Applicant")[2]. The Court Orders:

1. The Applicant is allowed interim compensation in the amount of $27,307.50 (the "Approved Amount"), comprised of (i) compensation for professional services in the amount of $27,307.50 and (ii) reimbursement of expenses in the amount of $0.00 for the period from December 19, 2025, through March 31, 2026.

2. The Debtors are authorized to pay any portion of the Approved Amount that remains unpaid.

Dated:

CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE

[1] The jointly administered Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: 57 Concrete LLC ("57 Concrete") (0886), 57 Fuels LLC ("Fuels") (5550), 57 Logistics LLC ("Logistics") (4104), and 57 RGV Machinery LLC ("RGV") (7906). The Debtors' service address is 4877 Western Road, Mission, Texas 78574.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.