**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Case No. 25-90818 (CML) |
| 57 CONCRETE LLC, *et al.*, [1] | Chapter 11 |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO FIRST INTERIM FEE APPLICATION FOR COMPENSATION OF TEXAS TAX GROUP, INC., BANKRUPTCY SALES TAX ADVISOR THE DEBTOR, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM FERBRUARY 1, 2026, THROUGH MARCH 31, 2026**
[Related To Docket No. 459]

Pursuant to the *Procedures for Complex Cases in the Southern District of Texas*, effective September 18, 2024 (the "Complex Case Procedures"), counsel to the above-captioned debtors (the "Debtors") for the above-captioned case certifies as follows:

1. On August 17, 2026, the Debtors filed the *First Interim Fee Application For Compensation of Texas Tax Group, Inc., Bankruptcy Sales Tax Advisor to the Debtor, For Allowance of Compensation For Professional Services Rendered and Reimbursement of Expenses Incurred For the Period From February 1, 2026, Through March 31, 2026* (the "Application") [Docket Number 459] together with a proposed order (the "Proposed Order").

2. The deadline to file objections and responses to entry of the Proposed Order was September 7, 2026, at 11:59 p.m. (CT).

[1] The last four digits of its Employer Identification Number is 0886. The Debtor's mailing address is: 4877 Western Rd., Mission, TX 78574.

3. In compliance with Paragraph 44 of the Complex Case Procedures, the undersigned represents to this Court that the Debtors are not aware of any objection or response to the Application and that counsel has reviewed the Court's docket and no objection or response to the same appears on it.

4. The Debtors respectfully request that the Court enter the Proposed Order.

Dated: September 11, 2026.

Respectfully Submitted,

**PARKINS & RUBIO LLP**

/s/ *Charles M. Rubio*
Charles M. Rubio
TX Bar No. 24083768
Jacob T. Towles
TX Bar No. 24125065
Great Jones Building
708 Main Street, 10th Floor
Houston, TX 77002
Telephone: (713) 715-1660
Email: CRubio@parkinsrubio.com
JTowles@parkinsrubio.com

*Counsel to 57 Concrete LLC and Proposed Counsel to 57 Fuels LLC, 57 Logistics LLC, and 57 RGV Machinery LLC*

Certificate of Service

I certify that on September 11, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Charles M. Rubio*
Charles M. Rubio