**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Case No. 25-90818 (CML) |
| 57 Concrete LLC, *et al.*,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |

**NOTICE OF INTENT TO ADDUCE TESTIMONY FROM A REMOTE LOCATION BY TELEPHONE AND VIDEO TECHNOLOGY**

1. This Notice is filed pursuant to BLR 9017-1(c)(2)(B) on behalf of the above-captioned debtors and debtors in possession (the "Debtors") by Charles M. Rubio.

2. This Notice pertains to the matters scheduled for hearing or trial in this case on October 15, 2026, at 9:00 a.m. (Central Time) (the "October 15 Hearing"), including (a) the Debtors' Application to Employ Michael Fishel and the Fishel Law Group [Docket No. 394] and the Debtors' Supplemental Application to Employ Parkins & Rubio LLP [Docket No. 395] (together, the "Retention Applications"); (b) the objections of the Official Committee of Unsecured Creditors (the "Committee") to the Retention Applications [Docket Nos. 429 and 430] (the "Committee Objections"); and (c) the Committee's amended motion to disqualify Parkins & Rubio LLP, deny and disgorge compensation, and direct the appointment of a chapter 11 trustee [Docket No. 467] (the "Amended Motion"); and to any continued or rescheduled hearing on those matters.

[1] The jointly administered Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: 57 Concrete LLC ("57 Concrete") (0886), 57 Fuels LLC ("Fuels") (5550), 57 Logistics LLC ("Logistics") (4104), and 57 RGV Machinery LLC ("RGV") (7906). The Debtors' service address is 4877 Western Road, Mission, Texas 78574.

3. The party filing this Notice intends to call Eliud R. Cavazos, Chief Executive Officer and a managing member of Debtor 57 Concrete LLC, to testify at the scheduled hearing or trial by telephone and video technology, subject to the conditions set forth in paragraph 4 below. Mr. Cavazos will testify by video, and not by telephone alone, from a private location and without assistance or coaching from any other person.

4. The Debtors will present Mr. Cavazos's testimony remotely only if both of the following conditions are satisfied: (i) on October 13, 2026, at the hearing the Court has scheduled on whether the Committee authorized its counsel to file and prosecute the Committee Objections and the Amended Motion (the "Standing Issue"), the Court resolves the Standing Issue in the Debtors' favor, such that neither the Committee Objections nor the Amended Motion will be heard at the October 15 Hearing; and (ii) no other objection to either Retention Application, including by the United States Trustee, is pending as of the October 15 Hearing. If either condition is not satisfied, Mr. Cavazos will appear and testify in person at the October 15 Hearing.

5. The Debtors file this Notice now, within the time required by BLR 9017-1(c)(2)(B), solely to reserve the right to present Mr. Cavazos's testimony remotely if both conditions are met. If there is no live objection to the Retention Applications as of the October 15 Hearing, the Debtors and Mr. Cavazos reserve the right to have Mr. Cavazos appear and testify remotely to save costs and travel time. Mr. Cavazos's direct testimony will be offered by declaration under Section 6 of the Court's Procedures, and the Debtors' operations are based in Mission, Texas, more than 300 miles from the courthouse.

**6. Any party-in-interest may object to this notice within 3 days of its filing on the Court's docket. If no party-in-interest files a timely objection, the Court will allow the identified witnesses to give testimony remotely using the Court's telephone and video**

**technology. If the Court does not authorize the testimony to be taken remotely, the Court will schedule a date for the witness's testimony to be given live in open court. Both the witness(es) and the objector must appear in person at the scheduled date.**

7. This Notice may be withdrawn at any time prior to the scheduled hearing or trial.

Dated: October 8, 2026

**PARKINS & RUBIO LLP**

*/s/ Charles M. Rubio*
Charles M. Rubio
Texas Bar No. 24083768
Jacob T. Towles
Texas Bar No. 24125065
708 Main St., Fl 10
Houston, TX 77002
Email: crubio@parkinsrubio.com
jtowles@parkinsrubio.com
Phone: (713) 715-1660

***Counsel to Debtor 57 Concrete LLC and Proposed Counsel to the Affiliated Debtors***

Certificate of Service

I hereby certify that on October 8, 2026, a true and correct copy of the foregoing was served by electronic means on all parties registered to receive electronic notice in these cases and by email upon counsel to the Committee and the U.S. Trustee.

*/s/ Charles M. Rubio*
Charles M. Rubio