UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS

# <u>Motion and Order for Admission *Pro Hac Vice*</u>

| | | | |
|---|---|---|---|
| Division | Houston | Main Case Number | 25-90818 |
| Debtor | | In Re: | 57 CONCRETE LLC, et al |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jim E. Bullock<br>Grable Martin, PLLC<br>5473 Blair Road, Suite 100, PMB 51281<br>Dallas, Texas 75231<br>(972) 342-4662; jbullock@grablemartin.com<br>Texas - 00795271 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | The Official Committee of Unsecured Creditors |

Has applicant been sanctioned by any bar association or court? Yes ✓ No ________

On a separate sheet for each sanction, please supply the full particulars.

| | |
|---|---|
| Dated: 10/8/2026 | Signed: /s/ Jim E. Bullock |

| | |
|---|---|
| The state bar reports that the applicant's status is: | |
| Dated: | Clerk's signature: |

## Order

**This lawyer is admitted *pro hac vice*.**

Dated: ____________________________

____________________________________
United States Bankruptcy Judge

Motion for Admission *Pro Hac Vice*
Jim E. Bullock
Texas Bar No. 0795271
Grable Martin PLLC

Between 2012-2019, I was a member of a team of 5 attorneys representing a trust beneficiary in a lawsuit against her trustee (*Goughnour v. Patterson*, No. 11-2216-C, 241st District Court, Smith County, TX). In 2013, one of 4 co-counsel emailed a draft subpoena duces tecum to a third-party witness without providing advance notice to opposing counsel as required by Texas Rule of Civil Procedure 205. The trial court sanctioned the entire team representing the beneficiary (notwithstanding I was not involved in the third-party subpoena process).