IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| 57 CONCRETE LLC, *et al*. | § | CASE NO. 25-90818-H4-11 |
| DEBTOR. | § | |

**SANTANDER CONSUMER USA INC.'S OBJECTION TO CONFIRMATION**

**TO THE HONORABLE U.S. BANKRUPTCY JUDGE:**

COMES NOW, Santander Consumer USA Inc. dba Chrysler Capital ("Santander" or "Santander"), objecting to the confirmation of the Chapter 11 Plan proposed by 57 Concrete LLC ("Debtor"), and for cause of action would respectfully show the Court as follows:

1. Creditor has a perfected purchase money security interest in a 2023 Ford F150, Vehicle Identification Number 1FTFW1RG3PFC00909. As of the date of filing, Creditor was owed $64,841.19.

2. Santander objects to the value of Santander's Collateral as set forth in Annex A of Debtor's Chapter 11 Plan. Debtor values the Collateral at $32,200.00. Attached hereto as Exhibit "A" and incorporated herein by reference is a true and correct copy of the JD Power valuation guide page as to Santander's Collateral. The clean retail value is $79,775.00 and the clean trade-in value is $62,050.00. Santander is over-secured.

3. Santander's payment as proposed under the Chapter 11 Plan must be adjusted to pay the full allowed secured claim.

WHEREFORE, PREMISES CONSIDERED, Santander Consumer USA Inc. dba Chrysler Capital prays for an Order of this Court:

1. Denying confirmation of Debtor's Chapter 11 Plan as proposed; and

2. For such other and further relief, both general and specific, to which Creditor may show itself justly entitled.

Respectfully submitted,
/s/ Stephen G. Wilcox
Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, Texas 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net

ATTORNEY FOR SANTANDER CONSUMER
USA INC. DBA CHRYSLER CAPITAL

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Objection to Confirmation was served by FIRST CLASS MAIL, POSTAGE PRE-PAID on:

57 Concrete LLC
4877 Western Road
Mission, TX 78574

57 Fuels LLC
4877 Western Road
Mission, TX 78574

57 Logistics LLC
1612 Sebastian Street
Mission, TX 78572

57 RGV Machinery LLC
3827 N 10th St., Suite 205
McAllen, TX 78501

and by ELECTRONIC FILING on:

Tricia Morra
Aldridge Pite, LLP
101 E. Park Blvd., Suite 600, Office 23
Plano, TX 75074

US Trustee
515 Rusk Ave., Suite 3516
Houston, TX 77002

Official Committee of Unsecured Creditors
c/o Mary Elizabeth Heard
Grable Martin PLLC
7700 Broadway, Suite 104 PMB 308
San Antonio, TX 78209

Dated on October 13, 2026.

/s/ Stephen G. Wilcox
Stephen G. Wilcox

8323-01901-647181