JD Power Used Cars/Trucks

## Vehicle Information

| | |
|---|---|
| Vehicle: | 2023 Ford F-150 Crew Cab Raptor 4WD 3.5L V6 Turbo |
| Region: | Southwestern |
| Period: | October 13, 2026 |
| VIN: | 1FTFW1RG3PFC00909 |
| Mileage: | 52,500 |
| Base MSRP: | $76,775 |
| Typically Equipped MSRP: | $78,770 |

## JD Power Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Monthly Used** | | | | |
| Rough Trade-In | $57,225 | N/A | $1,100 | **$58,325** |
| Average Trade-In | $59,275 | N/A | $1,100 | **$60,375** |
| Clean Trade-In | $60,950 | N/A | $1,100 | **$62,050** |
| Clean Loan | $54,875 | N/A | $1,100 | **$55,975** |
| Clean Retail | $78,550 | N/A | $1,225 | **$79,775** |
| **Weekly Auction** | | | | |
| Low | $54,725 | N/A | N/A | **$54,725** |
| Average | $59,150 | N/A | N/A | **$59,150** |
| High | $63,575 | N/A | N/A | **$63,575** |
| **Weekly Used** | | | | |
| Rough Trade-In | $60,475 | N/A | $1,100 | **$61,575** |
| Average Trade-In | $62,550 | N/A | $1,100 | **$63,650** |
| Clean Trade-In | $64,250 | N/A | $1,100 | **$65,350** |
| Clean Loan | $57,825 | N/A | $1,100 | **$58,925** |
| Clean Retail | $81,825 | N/A | $1,225 | **$83,050** |

*The auction values displayed include typical eqiupment and adjustments for mileage and any of the following applicable accessories: engine size, drivetrain, and trim.

## Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|
| Blind Spot Monitor | w/body | w/body |
| Collision Avoidance System | w/body | w/body |

JD Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2026 JD Power

JD Power Used Cars/Trucks

| | Trade-In/Loan | Retail |
|---|---|---|
| 3.5L V6 EcoBoost Engine | w/body | w/body |
| Aluminum/Alloy Wheels | w/body | w/body |
| Bed Liner [VIN Precision+] | $50 | $50 |
| Fog Lights | w/body | w/body |
| Heated Exterior Mirrors | w/body | w/body |
| Power Adjustable Mirrors | w/body | w/body |
| Power Driver's Seat | w/body | w/body |
| Power Passenger Seat | w/body | w/body |
| Power Sunroof [VIN Precision+] | $450 | $500 |
| Remote Engine Starter | w/body | w/body |
| Co-Pilot 360 Assist Pkg. | w/body | w/body |
| Pro Power Onboard [VIN Precision+] | $600 | $675 |
| Heated Rear Seats | w/body | w/body |
| B&O Play Stereo System | w/body | w/body |
| Locking/Limited Slip Differential | w/body | w/body |

JD Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2026 JD Power