**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| 57 CONCRETE LLC, et al.,[1] | § | Case No. 25-90818 (CML) |
| | § | |
| Debtors. | § | (Jointly Administered) |

**STATUS REPORT REGARDING AGREEMENT WITH THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS RESOLVING THE COMMITTEE'S MOTION TO DISQUALIFY AND OBJECTIONS TO THE RETENTION APPLICATIONS**
[Relates to Dkt. Nos. 394, 395, 429, 430, 431 & 467]

TO THE HONORABLE CHRISTOPHER M. LOPEZ,
UNITED STATES BANKRUPTCY JUDGE:

The above-captioned debtors and debtors in possession (the "Debtors") and Parkins & Rubio LLP ("P&R") file this status report (this "Status Report") to inform the Court that, following the October 13, 2026 hearing, the Debtors and the Official Committee of Unsecured Creditors (the "Committee") reached an agreement under which the Committee agreed to withdraw (i) its motion, as amended, to disqualify P&R, disgorge fees, and appoint a chapter 11 trustee [Dkt. Nos. 431, 467] (the "Disqualification Motion"); (ii) its objection [Dkt. No. 429] to the Debtors' supplemental application to employ P&R as general bankruptcy counsel for 57 RGV Machinery LLC, 57 Fuels LLC, and 57 Logistics LLC (the "Affiliated Debtors") [Dkt. No. 395] (the "P&R Supplemental Application"); and (iii) its objection [Dkt. No. 430] to the Debtors' application to employ Michael Fishel and the Fishel Law Group as conflicts counsel [Dkt. No. 394] (the "Fishel Application" and, together with the P&R Supplemental Application, the "Applications"). In support, the Debtors and P&R respectfully state as follows:

[1] The jointly administered Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: 57 Concrete LLC (0886), 57 Fuels LLC (5550), 57 Logistics LLC (4104), and 57 RGV Machinery LLC (7906). The Debtors' service address is 4877 Western Road, Mission, Texas 78574.

1. On October 13, 2026, after the hearing concluded, both members of the Committee, Robert W. Chalmers (Chair) and Pedro Castorena (Vice-Chair), together with Eliud R. Cavazos on behalf of 57 Concrete LLC and Pedro A. Cepeda on behalf of the Affiliated Debtors, signed a one-page handwritten agreement (the "Agreement"). A copy of the Agreement is attached as **Exhibit A**. The Agreement provides as follows (transcribed, reference is made to the original):

> 10/13/26
>
> Agreement in between committee of unsecure and debtors.
>
> We agree the the unsecure insiders will be paid last. All payments going to outsiders unsecure first until we done then we pay unsecure inside debt. we agree do not adjust cashflow, just direct the payment on this way. Also the committee agree to withdraw the 3 motion about disquality and remove P and R and management, also the one about Fishell participation. Also agree to review the proposal of a collateral lien on equity.

2. In substance, the Agreement provides:

(a) **Payment of insider unsecured claims.** Allowed general unsecured claims held by insiders will be paid only after allowed general unsecured claims held by non-insiders are paid in full.

(b) **No change to cash flow.** The Debtors' projected cash flows will not change; the Agreement changes only the order in which distributions are made.

(c) **Withdrawal of the Committee's motion and objections.** The Committee will withdraw the Disqualification Motion, which seeks to remove P&R and current management, and its objections to the P&R Supplemental Application and the Fishel Application.

(d) **Review of the equity lien proposal.** The Committee will make a proposal for a lien on equity in the reorganized Debtors.

3. The Applications and the Disqualification Motion are set for hearing on October 15, 2026. Under the Agreement, the Committee no longer opposes the Applications or prosecutes the Disqualification Motion. No other party has objected to the Applications.

4. The Debtors will file an amended chapter 11 plan that implements the Agreement's order of payment for allowed insider general unsecured claims.

5. Nothing in this Status Report waives or limits any right, claim, or defense of the Debtors, P&R, or the Committee, all of which are reserved.

6. The Debtors and P&R thank the Committee members for their good-faith efforts to resolve these matters.

Dated: October 14, 2026

**PARKINS & RUBIO LLP**

*/s/ Charles M. Rubio*
Charles M. Rubio, Texas Bar No. 24083768
Jacob T. Towles, Texas Bar No. 24125065
708 Main Street, 10th Floor
Houston, Texas 77002
Telephone: (713) 715-1666
Email: crubio@parkinsrubio.com

***Counsel for Debtor 57 Concrete LLC and Proposed Counsel to the Affiliated Debtors***

—and—

**FOLEY & LARDNER LLP**

*/s/ John P. Melko*
John P. Melko
Texas Bar No. 13919600
1000 Louisiana Street, Suite 2000
Houston, Texas 77002
Telephone: (713) 276-5727
Email: jmelko@foley.com

***Counsel to Parkins & Rubio LLP***

—and—

**FISHEL LAW GROUP**

*/s/ Michael Fishel*
Michael Fishel
Texas Bar No. 24082998
602 Sawyer, Suite 400
Houston, Texas 77007
Telephone: (713) 294-0379
Email: michael@FishelLawGroup.com

***Proposed Conflicts Counsel to 57 RGV Machinery LLC, 57 Fuels LLC, and 57 Logistics LLC***

**CERTIFICATE OF SERVICE**

I certify that on October 14, 2026, a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system on all parties registered to receive electronic notice in these chapter 11 cases.

*/s/ Charles M. Rubio*
Charles M. Rubio

# Exhibit A

Agreement dated October 13, 2026

10/13/26

Agreement an between Commetee of unsecure and Debtors.

We agree the the unsecure insiders will be paid last. All payments going to outsiders unsecure first until we done then we pay unsecure inside debt. We agree do not adjust cashflow, just direct the payment on this way. Also the commetee agree to withdraw the 3 motion about descualfy and remove P and R and managment, also the one about Fishell pardicipation. Also agree to reduce the proposal of a collateral liend on equity.

Elnel Carrazo

Rob Chalmers

Pedro Castoran

Pedro Cepeda