**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| 57 CONCRETE LLC, et al | ) | |
| | ) | Case No. 25-90818 (CML) |
| Debtors | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF WITHDRAWAL OF THE ITEMS AT DOCKET NUMBERS 429, 430, AND 467**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE LOPEZ:

The Official Committee of Unsecured Creditors of Debtor 57 Concrete LLC (the "Committee") files this Notice of Withdrawal of The Official Committee of Unsecured Creditors' Objection to the Employment of Parkins & Rubio LLP as Counsel to 57 RGV Machinery LLC, 57 Logistics LLC, and 57 Fuels LLC [Doc. No. 429], the Objection of the Official Committee of Unsecured Creditors to Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Michael Fishel and the Fishel Law Group as Conflicts Counsel Pursuant to 11 U.S.C. § 327(e) [Doc. No. 430] Amended Motion of the Official Committee of Unsecured Creditors of 57 Concrete to (I) Disqualify Parkins & Rubio LLP Under 11 U.S.C. §§ 327(A) and 327(C), (II) to Deny and Disgorge Compensation Under 11 U.S.C. § 328(C), and (III) to Direct the Appointment of a Chapter 11 Trustee Under 11 U.S.C. § 1104(A) [Doc. 467] (all together the "Retention Objections").

After the hearing on October 13, 2026, the members of the Committee met with the representative of the Debtor to discuss the case. Counsel for the Committee was not present at this meeting and, on information and belief, neither was counsel for the Debtor.

During the meeting, an agreement was reached between the members of the Committee and the Debtor. That agreement is memorialized in the document attached as Exhibit 1. The Members of the Committee reached this agreement without consultation of Committee Counsel. As part of the agreement, the Committee agreed to withdraw the Retention Objections.

Therefore, notice is hereby given that the Retention Objections at Doc. Nos. 429, 430, and 467 are WITHDRAWN.

DATED: October 14, 2026

Respectfully submitted,

**Grable Martin PLLC**

/s/ Ricky L. Hutchens
Ricky L. Hutchens
Texas State Bar No. 24152795
Email: RHutchens@Grablemartin.com
Phone : 901-338-2897
MARY ELIZABETH HEARD
Texas State Bar No. 24096727
SD # 2943737
Email: meheard@grablemartin.com
Grable Martin PLLC
7700 Broadway St., Ste 104 PMB 308
San Antonio, Texas 78209
Telephone: (210) 572-4925

*Counsel for the Official Committee of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 14, 2026, a true and correct copy of the foregoing was served via email through the Court's Electronic Case Filing System on the parties that have consented to such service.

/s/ Ricky L. Hutchens
Ricky L. Hutchens