**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Case No. 25-90818 (CML) |
| 57 Concrete LLC, *et al.*,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |

**NOTICE OF FILING OF EXHIBITS B THROUGH E TO DEBTOR'S OBJECTION TO MOTION OF HOLT TEXAS, LTD AND HOLT INDUSTRIAL RENTALS, LLC FOR RELIEF FROM THE AUTOMATIC STAY AND/OR FROM ANY INJUNCTION EXTENDING STAY PROTECTION TO NON-DEBTOR GUARANTORS / PRINCIPALS**
[Related to Docket Nos. 511 and 567]

**TO THE HONORABLE CHRISTOPHER M. LOPEZ, UNITED STATES BANKRUPTCY JUDGE:**

57 Concrete LLC (the "Debtor"), a debtor and debtor in possession in the above-captioned chapter 11 cases, files this notice (this "Notice") of filing Exhibits B through E to the *Debtor's Objection to Motion of Holt Texas, Ltd and Holt Industrial Rentals, LLC for Relief from the Automatic Stay and/or from Any Injunction Extending Stay Protection to Non-Debtor Guarantors / Principals* [Docket No. 567] (the "Objection"), and respectfully states as follows:

1. On October 13, 2026, the Debtor filed the Objection. The Objection relies on five exhibits. Exhibit A, the Declaration of Eliud R. Cavazos, was filed with the Objection at Docket No. 567-1. Exhibits B through E, which are cited in paragraphs 11, 12, and 21 of the Objection, were inadvertently omitted from that filing.

[1] The jointly administered Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: 57 Concrete LLC ("57 Concrete") (0886), 57 Fuels LLC ("Fuels") (5550), 57 Logistics LLC ("Logistics") (4104), and 57 RGV Machinery LLC ("RGV") (7906). The Debtors' service address is 4877 Western Road, Mission, Texas 78574.

2. The Debtor files Exhibits B through E with this Notice. Each comes from the docket of Cause No. 2025CV10494, *Holt Texas, Ltd. d/b/a Holt CAT, et al. v. 57 Concrete, LLC, et al.*, in the County Court at Law No. 3 of Bexar County, Texas (the "State Court Action"):

**Exhibit B** Register of Actions (Case Summary) for the State Court Action, printed October 5, 2026.

**Exhibit C** Guarantor Defendants' Original Answer to Plaintiff's Original Petition and Request for Permanent Injunction and Crossclaim Against 57 Concrete, LLC, filed December 18, 2025.

**Exhibit D** Guarantor Defendants' Emergency Motion and Initial Response to Plaintiff's Motion for Summary Judgment to Recognize the Automatic Stay Pursuant to 11 U.S.C. § 362 and Request for Expedited Hearing, filed March 24, 2026, with its Exhibit 1 (Company Agreement of 57 Concrete, LLC).

**Exhibit E** Plaintiff's Motion to Strike Summary Judgment Evidence, Objections to Summary Judgment Evidence, and Reply to Defendants' Second Response to Plaintiff's Motion for Summary Judgment, served April 9, 2026.

3. These are the same documents described and cited in the Objection. The Objection is otherwise unchanged, and the Debtor does not seek any additional relief by this Notice.

Dated: October 14, 2026

**PARKINS & RUBIO LLP**

*/s/ Charles M. Rubio*
Charles M. Rubio
Texas Bar No. 24083768
Jacob T. Towles
Texas Bar No. 24125065
708 Main St., Fl 10
Houston, TX 77002
Email: crubio@parkinsrubio.com
jtowles@parkinsrubio.com
Phone: (713) 715-1660

***Counsel to Debtor 57 Concrete LLC and Proposed Counsel to the Affiliated Debtors***

**CERTIFICATE OF SERVICE**

I certify that on October 14, 2026, a true and correct copy of the foregoing, together with Exhibits B through E, was served through the Court's CM/ECF system on all parties registered to receive electronic notice in these cases, and by email on counsel for Movant: Zachary J. Fanucchi (zfanucchi@ccfflegal.com) and M. Eduardo Ramirez (eramirez@ccfflegal.com), Caldwell Clark Fanucchi & Finlayson PLLC, 700 N. St. Mary's Street, Suite 1825, San Antonio, Texas 78205.

/s/ Charles M. Rubio
Charles M. Rubio