United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 22, 2026
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Case No. 25-90818 (CML) |
| 57 Concrete LLC, *et al.*, [1] | Chapter 11 |
| Debtors. | |

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF BMC GROUP, INC. AS PLAN SOLICITATION AGENT PURSUANT TO 11 U.S.C. § 327(a)**

Upon the Debtors' Application for Entry of an Order Authorizing the Employment and Retention of BMC Group, Inc. as Plan Solicitation Agent Pursuant to 11 U.S.C. § 327(a) (the "Application"), filed by 57 Concrete LLC, 57 RGV Machinery, LLC, 57 Fuels LLC, and 57 Logistics LLC (collectively, the "Debtors"), as debtors-in-possession, for entry of an order (the "Order"); this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Application is in the best interests of the Debtors' estates; and this Court having found that BMC is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code and does not hold or represent an interest adverse to the Debtors' estates with respect to the matters upon which it is to be employed; and this Court having found that due and

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: 57 Concrete LLC (0886), 57 RGV Machinery LLC (7906), 57 Fuels LLC (5550) and 57 Logistics LLC (4104). The Debtors' service address is 4877 Western Road, Mission, Texas 78574.

sufficient notice of the Application has been provided and that no other or further notice is required; and this Court having determined that the legal and factual bases set forth in the Application, the declarations submitted in support thereof, and at any hearing thereon establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. Pursuant to section 327(a) of the Bankruptcy Code, 57 Concrete LLC, 57 RGV Machinery, LLC, 57 Fuels LLC, and 57 Logistics LLC are authorized to employ and retain BMC Group, Inc. to provide the Plan Solicitation Services described in the Application including administering plan solicitation, maintaining solicitation-related claims and notice data, hosting the voting platform, preparing and serving solicitation notices, receiving and processing ballots, maintaining voting records, tabulating votes, and preparing declarations and reports regarding the solicitation and voting results, all in accordance with the Court's orders governing solicitation and confirmation.

2. BMC Group, Inc. shall be compensated for services rendered and reimbursed for reasonable and necessary expenses in accordance with sections 330 and 503(b)(2) of the Bankruptcy Code, Bankruptcy Rule 2016, the Local Rules, any applicable compensation procedures or guidelines, and further order of the Court.

3. Any indemnification obligations arising under the Services Agreement shall be subject to approval of this Court and shall not extend to losses, claims, damages, liabilities, or expenses resulting from BMC's bad faith, fraud, gross negligence, willful misconduct, or breach of fiduciary duty.

4. In the event of any inconsistency between the terms of this Order, the Application, and the Services Agreement, the terms of this Order shall control, followed by the

terms of the Application.

5. Notwithstanding anything to the contrary in the Services Agreement, BMC shall not withhold ballots, voting records, solicitation records, claims or notice data, or other case-related information based upon nonpayment of fees or expenses, and shall promptly provide such information to the Debtors or their professionals upon reasonable request or upon termination of BMC's engagement.

6. BMC Group, Inc. shall file fee applications for Court approval in accordance with applicable law, the Bankruptcy Rules, the Local Rules, and any applicable orders or guidelines entered in these Chapter 11 Cases.

7. The Debtors are authorized to take all actions necessary or appropriate to implement this Order.

8. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Signed: October 22, 2026

Christopher M. Lopez

Christopher Lopez
United States Bankruptcy Judge