# EXHIBIT G

(Grable Martin Invoices for March 2026)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>57 CONCRETE LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 25-90818 (CML) |

**SECOND MONTHLY FEE STATEMENT OF GRABLE MARTIN PLLC FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF 57 CONCRETE LLC, FOR THE PERIOD OF MARCH 1, 2026, TO MARCH 31, 2026**

| | | |
|---|---|---|
| **Applicant's Role in Case:** | Counsel to the Official Committee of Unsecured Creditors | |
| **Date Order of Employment Signed:** | **March 25, 2026** | |
| | **Beginning of Period:** | **Ending of Period:** |
| **Time Period Covered by this Statement:** | **March 1, 2026** | **March 31, 2026** |
| **Summary of Total Fees and Expenses Requested:** | | |
| **Total Fees Requested for Payment in this Statement:** | | **$148,044.00 (80% of $185,055)** |
| **Total expenses requested for payment in this Statement:** | | **$70.30** |
| **Total fees and expenses requested for payment in this Statement (excluding the 20% Holdback):** | | **$185,125.30** |
| **Total fees and expenses for the period covered by this Statement (includes the 20% Holdback):** | | **$148,114.30** |
| **Summary of Attorney Fees for the Period Covered by this Statement** | | |
| **Attorney fees:** | | **$170,895.00** |
| **Actual attorney hours:** | | **282.9** |
| **Average hourly rate for attorneys:** | | **$604.08**[2] |
| **Summary of Paraprofessional Fees for the Period Covered by this Statement** | | |
| **Paraprofessional fees:** | | **$14,160.00** |
| **Actual paraprofessional hours:** | | **47.2** |
| **Average hourly rate for paraprofessionals:** | | **$300.00** |

1 The last four digits of its Employer Identification Number is 0886. The Debtor's mailing address is: 4877 Western Rd., Mission, TX 78574.

2 Average hourly rate for attorneys is calculated by taking the aggregate attorney fees and dividing it by the aggregate attorney hours.

Grable Martin PLLC ("Grable Martin"), in its capacity as Counsel to the Official Committee of Unsecured Creditors of 57 Concrete LLC, (the "Committee"), hereby submits this *Second Monthly Fee Statement of Grable Martin PLLC For Compensation of Services Rendered and Reimbursement of Expenses as Counsel to the Committee of Unsecured Creditors of 57 Concrete LLC, For the Period of March 1, 2026, to March 31, 2026* (the "Monthly Fee Statement") pursuant to the *Order Establishing Procedures For Interim Compensation and Reimbursement of Expenses of Retained Professionals* [Docket 117] (the "Interim Compensation Order"), and respectfully states as follows:

1. By this Monthly Fee Statement, and pursuant to the Interim Compensation Order, Grable Martin seeks interim payment of $148,044.00 (which represents 80% of $185,055) as compensation for professional services rendered to the Debtor during the period from March 1, 2026, through March 31, 2026 (the "Fee Period"), and reimbursement of actual and necessary expenses in the amount of $70.30, for a total amount of $148,114.30 to be paid upon expiration of the objection deadline.

2. Pursuant to the Interim Compensation Procedures Order, each Monthly Fee Statement shall contain (i) a description of the services rendered, (ii) the time spent, (iii) the hourly rates charged, and (iv) the name of the attorney, accountant, professional, or paraprofessional performing the work. Each Monthly Fee Statement need not be filed with the Court.

3. In support of the Monthly Fee Statement, Grable Martin submits the following: a *Summary of Fees and Expenses for the Fee Period by Category*, attached hereto as **Exhibit A**, a *Summary of Fees by Timekeeper for the Fee Period*, attached hereto as **Exhibit B**, and a *Detailed Record of Fees for the Fee Period*, which includes (i) a description of the services rendered, (ii) the time spent, (iii) the hourly rates charged, and (iv) the name of the attorney or paraprofessional performing the work, attached hereto as **Exhibit C**.

4. Pursuant to the Interim Compensation Order, on or after the fifth day of each month following the month for which compensation is sought, each Professional seeking compensation may serve a fee statement to effect notice on each of the following parties ("Applicant Recipient"):

(a) 57 Concrete, LLC
4877 Western Road
Mission, TX 78574
Attn: Eliud R. Cavazos
Email: ec@57concrete.com

(b) Parkins & Rubio LLP
708 Main Street, Floor 10,
Houston, TX 77002
Attn: Lenard Parkins, Charles Rubio
Email: lparkins@parkinsrubio.com
crubio@parkinsrubio.com
jtowles@parkinsrubio.com
rporsche@parkinsrubio.com

(c) Office of the United States Trustee
Attn: Vianey Garza; Alina Samko-Yu; Ha Nguyen
515 Rusk Street, Suite 3516
Houston, TX 77002
Email: Vianey.Garza@usdoj.gov
Alina.Samko-Yu@usdoj.gov
Ha.Nguyen@usdoj.gov

(d) Counsel to the Official Committee of Unsecured Creditors
Grable Martin PLLC
3700 Buffalo Speedway, Suite 940
Houston, TX 77098
Attn: Mary Elizabeth Heard, Matthew E. Furse, Marshall Harkins
Email: meheard@grablemartin.com
mfurse@grablemartin.com
mharkins@grablemartin.com

(e) Any other parties that the Court may designate.

5. Each Application Recipient has until 4:00 p.m. (prevailing Central Time) on the day that is fourteen calendar days after the service of the Monthly Fee Statement (the "Objection Deadline") to object. Upon the expiration of the Objection Deadline, the Debtor will be authorized

to pay Grable Martin an amount equal to 80% of the fees and 100% of the expenses requested in this Monthly Fee Statement that are not subject to an objection.

6. All fees and expenses in this Monthly Fee Statement will be included in an interim fee application for compensation and reimbursement of expenses to be filed and served by Grable Martin at a later date.

7. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Grable Martin reserves the right to make further application to the Court for allowance of such fees and expenses not included herein. Subsequent monthly fee statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Interim Compensation Order.

[*Remainder of Page Intentionally Left Blank*]

## CONCLUSION

WHEREFORE, Grable Martin, as Counsel to the Debtor, respectfully requests allowance, payment, and reimbursement of fees and expenses in the total amount of $148,114.30 consisting of $148,044.00 (which represents 80% of $185,055.00) as compensation for professional services rendered to the Debtor and reimbursement of actual and necessary expenses in the amount of $70.30 during the Fee Period.

Dated: June 1, 2026

Respectfully submitted,

**GRABLE MARTIN PLLC**

By: /s/ *Mary Elizabeth Heard*
Mary Elizabeth Heard
State Bar No. 24096727
SD # 2943737
7700 Broadway St. Ste. 104-308
San Antonio, Texas 78209
Phone: (210) 572-4925
Email: meheard@grablemartin.com

*Counsel for the Official Committee of Unsecured Creditors*

**Exhibit A**

**Summary of Fees and Expenses for the Fee Period by Category**

| **Description** | **Hours** | **Fees** | **Expenses** |
|---|---|---|---|
| Case Administration | 116.4 | $65,515.00 | $30.00 |
| Cash Collateral | 1.6 | $1,040.00 | |
| Claims Objection | 3.9 | $2,535.00 | |
| Contested Matters | 41.3 | $26,365.00 | $28.00 |
| Creditor Matters | 20.3 | $12,335.00 | $12.30 |
| Employment Application | 1.4 | $595.00 | |
| Fee Application | 0.5 | $250.00 | |
| General Bankruptcy Matters | 8.8 | $5,160.00 | |
| General Business Matters | 0.6 | $180.00 | |
| Lease/Executory Contracts | 3.2 | $1,870.00 | |
| Lift Stay/Relief from Stay | 3.2 | $1,450.00 | |
| Investigations | 124.3 | $64,875.00 | |
| Litigation | 2.2 | $1,325.00 | |
| Schedules/SOFA | 2.4 | $1,560.00 | |
| **TOTAL EXPENSES** | | | $70.30 |
| **TOTAL FEES** | 330.1 | $185,125.30 | |

**Exhibit B**

**Summary of Fees by Timekeeper for the Fee Period**

| Name | Title | **Year Admitted** | **Hours** | **Rate** | **Fees** |
|---|---|---|---|---|---|
| Mary Elizabeth Heard | Member | TX – 2015<br>CA – 2008 | 105.5 | $650.00 | $68,575.00 |
| Matthew Furse | Member | TX – 2017 | 31.5 | $650.00 | $20,475.00 |
| Marshall Harkins | Member | TX – 2019 | 44.3 | $600.00 | $26,580.00 |
| Jim Bullock | Member | TX – 1996 | 9.2 | $500.00 | $4,600.00 |
| Eric Zukoski | Member | TX – 1999 | 26.1 | $650.00 | $16,965.00 |
| Doug Rommelmann | Member | TX – 1989 | 2.9 | $550.00 | $1,595.00 |
| John Michael Ellis | Member | TX –1995 | 2.7 | $650.00 | $1,755.00 |
| Julia Helgeson | Member | TX – 2005<br>CA – 1998- (Inactive) | 60.7 | $500.00 | $30,350.00 |
| Jennifer Selbig | Paralegal | N/A | 47.2 | $300.00 | $14,160.00 |
| | **Totals** | | 330.1 | | $185,055.00 |

# Exhibit C

## Detailed Record of Fees for the Fee Period

**Invoice Date:** 06/01/2026

**Billing Period:** 03/01/2026 - 03/31/2026

**Client:** The Official Committee of Unsecured Creditors regarding 57 Concrete LLC BK

**Responsible:** MEH

**Originator:** MEH

**Matters:**

- 26-0357- Investigations
- 26-0152- Case Administration
- 26-0154- Cash Collateral
- 26-0155- Claims Objection
- 26-0156- Contested Matters
- 26-0157- Creditor Matters
- 26-0158- Employment Application
- 26-0159- Fee Application
- 26-0161- General Bankruptcy Matters
- 26-0162- General Business Matters
- 26-0163- Lease/Executory Contracts
- 26-0164- Lift Stay/Relief from Stay
- 26-0165- Litigation
- 26-0169- Schedules/SOFA

**Matter ID:** -

**Originating Attorney:** MEH

**Responsible Attorney:** Mary Elizabeth Heard

---

**Invoice Total:** $185,125.30

**Client Balance:** $0.00

---

**Bill To:**

The Official Committee of Unsecured Creditors regarding 57 Concrete LLC BK

**Memo:**

Matter Totals:
- 26-0152- Case Administration: $65,545.00
- 26-0154- Cash Collateral: $1,040.00
- 26-0155- Claims Objection: $2,535.00
- 26-0156- Contested Matters: $26,393.00
- 26-0157- Creditor Matters: $12,347.30
- 26-0158- Employment Application: $595.00
- 26-0159- Fee Application: $250.00
- 26-0161- General Bankruptcy Matters: $5,940.00
- 26-0162- General Business Matters: $180.00
- 26-0163- Lease/Executory Contracts: $1,870.00
- 26-0164- Lift Stay/Relief from Stay: $1,450.00
- 26-0165- Litigation: $1,325.00
- 26-0169- Schedules/SOFA: $1,560.00
- 26-0357- Investigations : $64,095.00

Hours Summary:
- Mary Elizabeth Heard (MEH): 105.5h @$650.00 = $68,575.00
- Julia Helgeson (JH): 60.7h @$500.00 = $30,350.00
- Marshall Harkins (MHH): 44.3h @$600.00 = $26,580.00
- Matthew Furse (MF): 31.5h @$650.00 = $20,475.00
- Eric Zukoski (EZ): 26.1h @$650.00 = $16,965.00
- Jennifer Selbig (JLS): 47.2h @$300.00 = $14,160.00
- Jim Bullock (JB): 9.2h @$500.00 = $4,600.00
- Michael Ellis (JME): 2.7h @$650.00 = $1,755.00
- Doug Rommelmann (DR): 2.9h @$550.00 = $1,595.00

## INVOICE DETAIL

### 26-0152- Case Administration (Services)

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/02/2026 | MEH | Team call regarding case strategy and open items. | 1.2 | $650.00 | $780.00 |
| 03/02/2026 | JH | Conference with team regarding case strategy re: document production from Debtor's counsel, Adequate Protection research and document review re: vehicles and equipment. | 1.2 | $500.00 | $600.00 |
| 03/02/2026 | MF | Case Administration: Reviewing latest correspondence and other documents on AP issue (.5); Attend and participate in Team Call to review tasks and discuss next steps (1.0). | 0.5 | $650.00 | $325.00 |
| 03/02/2026 | MHH | Review email correspondence and instructions in the case, including balance sheet. | 0.5 | $600.00 | $300.00 |
| 03/02/2026 | JLS | Conference with team regarding case strategy. | 1.2 | $300.00 | $360.00 |
| 03/02/2026 | MHH | Confer with team regarding tasks and priorities. | 1.2 | $600.00 | $720.00 |
| 03/04/2026 | JH | Conference with team regarding case strategy. | 1 | $500.00 | $500.00 |
| 03/04/2026 | MEH | Confer with team regarding open items and strategy. | 1 | $650.00 | $650.00 |
| 03/04/2026 | JLS | Analyze data provided by debtor (.8); email with team regarding case strategy (.1). | 0.9 | $300.00 | $270.00 |
| 03/04/2026 | MEH | Review draft of bylaws and provide comments. | 1 | $650.00 | $650.00 |
| 03/04/2026 | JLS | Conference with team regarding case strategy. | 1 | $300.00 | $300.00 |
| 03/04/2026 | MHH | Conference with team regarding document review, scheduling and sequencing, and responses to Debtors. | 1 | $600.00 | $600.00 |
| 03/05/2026 | JH | Conference with team regarding case strategy. | 0.7 | $500.00 | $350.00 |
| 03/05/2026 | MEH | Confer with team regarding open items and case strategy. | 0.7 | $650.00 | $455.00 |
| 03/05/2026 | JLS | Download and analyze order approving debtor's application to employ Texas Tax Group, Inc. as bankruptcy sales tax advisor. | 0.1 | $300.00 | $30.00 |
| 03/05/2026 | MF | Case Administration: Telephone conference with M.E. Heard regarding latest developments, and discussion regarding tasks and next steps. | 0.3 | $650.00 | $195.00 |
| 03/05/2026 | JLS | Conference with team regarding case strategy. | 1 | $300.00 | $300.00 |
| 03/05/2026 | MHH | Conference with team regarding document review, scheduling and sequencing, and responses to Debtors. | 0.7 | $600.00 | $420.00 |
| 03/06/2026 | MHH | Email Counsel team regarding web page access restrictions and requirements for disseminating secure information to Committee. | 0.2 | $600.00 | $120.00 |
| 03/06/2026 | JH | Conference with team regarding case strategy. | 0.9 | $500.00 | $450.00 |
| 03/06/2026 | MEH | Confer with team regarding open items and case strategy. | 0.9 | $650.00 | $585.00 |
| 03/06/2026 | MEH | Team call regarding case strategy. | 1 | $650.00 | $650.00 |
| 03/06/2026 | JLS | Conference with team regarding case strategy. | 0.9 | $300.00 | $270.00 |
| 03/06/2026 | MHH | Conference with team regarding document review, scheduling and sequencing, and responses to Debtors. | 0.8 | $600.00 | $480.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/09/2026 | MF | Case Administration: Internal communications with Team regarding current position and latest developments. | 0.5 | $650.00 | $325.00 |
| 03/10/2026 | MHH | Meeting discussing discrepancies in schedule, insurance, and UCC filings. | 0.2 | $600.00 | $120.00 |
| 03/10/2026 | MEH | Emails and calls with team members regarding various open items. | 1 | $650.00 | $650.00 |
| 03/11/2026 | MEH | Confer with team regarding open items and case strategy. | 0.9 | $650.00 | $585.00 |
| 03/11/2026 | MHH | Call with M. E. Heard regarding hearing. | 0.3 | $600.00 | $180.00 |
| 03/11/2026 | JLS | Conference with team regarding case strategy. | 0.9 | $300.00 | $270.00 |
| 03/11/2026 | MHH | Meeting with Counsel team regarding case administration and next steps. | 0.7 | $600.00 | $420.00 |
| 03/11/2026 | MEH | Team call regarding case strategy. | 0.9 | $650.00 | $585.00 |
| 03/11/2026 | MEH | Review and comment on latest version of bylaws. | 0.4 | $650.00 | $260.00 |
| 03/12/2026 | JLS | Revisions to master equipment deficiency list. | 0.3 | $300.00 | $90.00 |
| 03/12/2026 | JH | Conference with team regarding case strategy. | 0.8 | $500.00 | $400.00 |
| 03/12/2026 | MEH | Confer with team regarding various open items and strategy. | 0.8 | $650.00 | $520.00 |
| 03/12/2026 | JLS | Conference with team regarding case strategy. | 0.8 | $300.00 | $240.00 |
| 03/12/2026 | MEH | Emails with client regarding various open items and case strategy. | 1 | $650.00 | $650.00 |
| 03/13/2026 | JH | Assist with preparation of Draft Notice of Meeting and Agenda for 03/17/26 UCC Meeting (.3) and circulate to GM team (.1). | 0.4 | $500.00 | $200.00 |
| 03/13/2026 | MEH | Review agenda and comment to Julia H. to revise. | 0.3 | $650.00 | $195.00 |
| 03/13/2026 | MF | Case Administration: Review and analyze correspondence with client. | 0.4 | $650.00 | $260.00 |
| 03/14/2026 | MEH | Review and analyze motion to extend exclusivity (.5); research regarding shorter period (.5); create short memo of analysis for client (.4); emails to team regarding same (.4); review ordinary course motion (.4); research requirements for litigation counsel to file retention applications and file fee applications (.6); compile analysis for client (.5); emails to team regarding same (.2). | 3.5 | $650.00 | $2,275.00 |
| 03/16/2026 | JLS | Download and analyze debtor's motion for entry of order authorizing the assumption of non-residential real property leases with 57 Aggregates LLC Pursuant to 11 USC Sec 365, motion for entry of order authorizing the assumption of non-residential real property leases with Brownsville Navigation District Pursuant to 11 USC Sec 365, debtors' motion for entry of order authorizing the retention and compensation of certain professions utilized in the ordinary course to business; debtor's motion for entry of order extending plan exclusive periods pursuant to section 1121 of the bankruptcy code and calendar deadlines for responses to all motions. | 0.5 | $300.00 | $150.00 |
| 03/16/2026 | JH | Conference with team regarding case strategy. | 0.8 | $500.00 | $400.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/16/2026 | MEH | Confer with team regarding pending open items and case strategy. | 0.8 | $650.00 | $520.00 |
| 03/16/2026 | JH | Receive/review internal communications with re: scope of 4 new motions filed by Debtor (.3); Update UCC Agenda for 3/17 to incorporate Committee response on motions (.2); Draft email and circulate Agenda to Committee (.1). | 0.6 | $500.00 | $300.00 |
| 03/16/2026 | JLS | Conference with team regarding case strategy. | 0.9 | $300.00 | $270.00 |
| 03/16/2026 | MHH | Meeting with legal team regarding discovery and preparing for meeting with Committee. | 0.9 | $600.00 | $540.00 |
| 03/16/2026 | JH | Receive/review request and schedules from ME to researching new case re: filing Mitsubishi Excavators (.1); Review schedules to assess scope within request for Adequate Protection Payments (.2); Update Master Equipment Deficiencies list with findings (.1); Email response to ME (.1); Confer with JS re: additional documents included on docket with schedules (.1); Receive/review email from Debtor's Counsel re: provision of additional documentation to address Master Equipment Deficiencies list (.1). | 0.7 | $500.00 | $350.00 |
| 03/16/2026 | JH | Receive/review email instructions from ME re: document review (.1); Research re: proposed e-discovery/document platform (.4). | 0.5 | $500.00 | $250.00 |
| 03/17/2026 | MEH | Prepare for an attend meeting with client. | 1.5 | $650.00 | $975.00 |
| 03/17/2026 | JB | Review and revise draft bylaws for the committee. | 1.1 | $500.00 | $550.00 |
| 03/17/2026 | JB | Draft summary of the proposed committee bylaws translated into Spanish for Mr. Castorena. | 1.4 | $500.00 | $700.00 |
| 03/17/2026 | MEH | Revise bylaws documents ahead of meeting with clients. | 1.4 | $650.00 | $910.00 |
| 03/17/2026 | JB | Attend committee call and translate discussions for Mr. Castorena. | 0.9 | $500.00 | $450.00 |
| 03/17/2026 | MHH | Confer regarding Debtor's request for extension of time for adopting lease contracts. | 0.3 | $600.00 | $180.00 |
| 03/18/2026 | MEH | Team call to discuss case strategy and open items. | 0.5 | $650.00 | $325.00 |
| 03/18/2026 | MHH | Meeting with Counsel team regarding case handling. | 0.5 | $600.00 | $300.00 |
| 03/18/2026 | MF | Case Administration: Attend and participate in Team Strategy call to review tasks and latest developments (.7); telephone conference with M.E. Heard to discuss tasks and timetable (.8); internal communications regarding upcoming discovery, etc. (.2). | 1.7 | $650.00 | $1,105.00 |
| 03/18/2026 | JLS | Conference with team regarding case strategy. | 0.5 | $300.00 | $150.00 |
| 03/19/2026 | MEH | Team call to discuss case strategy and open items including 2004 exams; responses to motions. | 1 | $650.00 | $650.00 |
| 03/19/2026 | MF | Case Administration: Attend and participate in Team Call to discuss current developments and review tasks. | 1 | $650.00 | $650.00 |
| 03/19/2026 | JLS | Download and analyze debtor's motion for entry of order approving a post-petition settlement with Ophelia Capital Group, LLC under FRBP 9019 and calendar objection deadline. | 0.3 | $300.00 | $90.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/19/2026 | MEH | Catch up on emails regarding discovery vendor contract (.4); prepare for and attend call with C. Rubio regarding various open items (1.0). | 1.4 | $650.00 | $910.00 |
| 03/19/2026 | MEH | Emails regarding lease extension (.3); review Ophelia compromise motion and attachments (.5); advise team regarding same (.5). | 1.3 | $650.00 | $845.00 |
| 03/19/2026 | JLS | Conference with team regarding case strategy. | 1 | $300.00 | $300.00 |
| 03/19/2026 | MHH | Meeting with Counsel Team regarding case management. | 1 | $600.00 | $600.00 |
| 03/19/2026 | JH | Conference with team regarding case strategy. | 1 | $500.00 | $500.00 |
| 03/20/2026 | MEH | Advise client on strategy for a number of open matters (.5); emails with team regarding a number of open matters (1.0); | 1.5 | $650.00 | $975.00 |
| 03/22/2026 | MEH | Review interim fee order and explain to client. | 0.5 | $650.00 | $325.00 |
| 03/23/2026 | MEH | Team call to discuss open items and case strategy. | 1 | $650.00 | $650.00 |
| 03/23/2026 | MF | Case Administration: Continue work setting up eDiscovery database and reviewing Debtor's productions. | 0.9 | $650.00 | $585.00 |
| 03/23/2026 | JLS | Conference with team regarding case strategy. | 1 | $300.00 | $300.00 |
| 03/23/2026 | MHH | Meeting to discuss matter investigation and preparation. | 1.1 | $600.00 | $660.00 |
| 03/23/2026 | JH | Conference call with team re: case strategy. | 1.1 | $500.00 | $550.00 |
| 03/24/2026 | MEH | Meeting with team regarding various open items for investigation and case strategy. | 1 | $650.00 | $650.00 |
| 03/24/2026 | MF | Case Administration: Attend and participate in Team Call to discuss current position and assign tasks. | 1 | $650.00 | $650.00 |
| 03/24/2026 | MEH | Emails and calls regarding discovery vendor. | 1 | $650.00 | $650.00 |
| 03/24/2026 | MHH | Meeting to discuss matter investigation and preparation. | 0.8 | $600.00 | $480.00 |
| 03/24/2026 | JH | Conference call with team re: case strategy. | 0.8 | $500.00 | $400.00 |
| 03/24/2026 | EZ | Review multiple emails and conference with attorney for debtor regarding filing to take place for additional three entities. | 0.3 | $650.00 | $195.00 |
| 03/25/2026 | JB | Prepare update for Committee (in English and translated into Spanish) regarding the Debtor's requested 180-day proposal. Finalize and email same to Committee. | 1.7 | $500.00 | $850.00 |
| 03/25/2026 | MEH | Team meeting to discuss status of investigations and discovery. | 1 | $650.00 | $650.00 |
| 03/25/2026 | MF | Case Administration: Telephone conference with M.E. Heard to discuss (.6); continue work setting up eDiscovery database and uploading data (.7). | 1.3 | $650.00 | $845.00 |
| 03/25/2026 | MEH | Emails with client regarding exclusivity issue. | 0.3 | $650.00 | $195.00 |
| 03/25/2026 | JB | Translate email to Committee regarding the Court's proof of claim deadline order into Spanish for Committee member. Summarize and translate the Court's Order (I) Establishing Deadlines and Procedure for Filing Proofs of Claim and Proofs of Interest, (II) Approving of Notice Thereof, and (III) Granting Related Relief into Spanish for Committee member. Email same. | 2.6 | $500.00 | $1,300.00 |
| 03/25/2026 | JLS | Conference with team regarding case strategy (.1); emails with team (.1). | 1.1 | $300.00 | $330.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/25/2026 | MHH | Meeting to discuss matter investigation and preparation. | 1 | $600.00 | $600.00 |
| 03/25/2026 | JH | Conference call with team re: case strategy. | 1 | $500.00 | $500.00 |
| 03/26/2026 | JLS | Download and analyze the declarations filed by Eliud Cavazos and Pedro Cepeda, the motion for joint administration and amended global notes, methodology, and specific disclosures regarding the debtor's schedules of assets and liabilities and statement of financial affairs (.5); pull dockets for 57 Fuels, LLC, 57 RGV Machinery, LLC and 57 Logistics, LLC (.2); . | 0.7 | $300.00 | $210.00 |
| 03/26/2026 | MF | Case Administration: Attend Team Call to discuss current position and assign tasks (1.0); internal and external correspondence to facilitate setting up eDiscovery database (.9). | 1.9 | $650.00 | $1,235.00 |
| 03/26/2026 | EZ | Review multiple emails from attorneys for debtor including adequate protection stipulations and responses regarding requested documents. | 0.7 | $650.00 | $455.00 |
| 03/26/2026 | MEH | Analyze the declarations filed by Eliud Cavazos and Pedro Cepeda, proofs of interest filed by insiders; new debtor petitions; motion for joint administration and amended global notes, methodology, and specific disclosures regarding the debtor's schedules of assets and liabilities and statement of financial affairs. | 3.2 | $650.00 | $2,080.00 |
| 03/26/2026 | MEH | Several lengthy emails with C. Rubio regarding production of quickbooks and general ledger, etc.. prior to meeting with Alegre.(.5); confer with team regarding discovery (.8); prepare letter to C. Rubio regarding production of quickbooks in advance of April 1 meeting with Alegre (.5); emails regarding same (.5). | 2.3 | $650.00 | $1,495.00 |
| 03/26/2026 | JLS | Conference with team regarding case strategy. | 1 | $300.00 | $300.00 |
| 03/26/2026 | MHH | Meeting with Counsel team to discuss case management plans. | 1 | $600.00 | $600.00 |
| 03/26/2026 | JH | Conference call with team re: case strategy. | 1 | $500.00 | $500.00 |
| 03/27/2026 | JLS | Download and analyze proof of claim filed by Americredit/GM. | 0.2 | $300.00 | $60.00 |
| 03/27/2026 | MEH | Advise on AP / equipment lender issues and title UCC perfection issues. | 1 | $650.00 | $650.00 |
| 03/30/2026 | JB | Follow up email communication with Committee regarding exclusivity period stipulation. Email committee bylaws to chairpersons with instructions for completion and execution. | 0.5 | $500.00 | $250.00 |
| 03/30/2026 | MEH | Assemble various open items for discussion with client and emails with team regarding same. | 2 | $650.00 | $1,300.00 |
| 03/30/2026 | MEH | Attend team call and work through various open items. | 1 | $650.00 | $650.00 |
| 03/30/2026 | JLS | Conference with team regarding case strategy. | 1.2 | $300.00 | $360.00 |
| 03/30/2026 | MHH | Meeting with Counsel regarding case management. | 1.1 | $600.00 | $660.00 |
| 03/30/2026 | JH | Participate in team conference call re: case strategy. | 1.1 | $500.00 | $550.00 |
| 03/30/2026 | MF | Case Administration: Attend and participate in Team Call to discuss projects and next steps (1.1); internal correspondence and continue setting up eDiscovery database (1.0). | 2.1 | $650.00 | $1,365.00 |

| Date | Initials | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 03/31/2026 | JLS | Download and analyze stipulation agreement and agreed order with First Citizens Bank & Trust. | 0.1 | $300.00 | $30.00 |
| 03/31/2026 | MF | Case Administration: Attend Committee call to discuss latest (.7); attend and participate in Team Call to discuss current position and next steps (1.1). | 1.8 | $650.00 | $1,170.00 |
| 03/31/2026 | JH | Receive and address response from UCC Member re: UCC Meeting (.1); Participate in team conference call re: case strategy (1.1). | 1.2 | $500.00 | $600.00 |
| 03/31/2026 | MEH | Continue extensive preparation and questions for meeting with Alegre and management in McAllen. | 6.2 | $650.00 | $4,030.00 |
| 03/31/2026 | MEH | Prepare for and attend call with client. | 1 | $650.00 | $650.00 |
| 03/31/2026 | JME | Prep for and attend call with committee | 1.2 | $650.00 | $780.00 |
| 03/31/2026 | JB | Participate in committee meeting via Teams and translate communications with Mr. Castorena. | 1 | $500.00 | $500.00 |
| 03/31/2026 | JLS | Conference with team regarding case strategy. | 1 | $300.00 | $300.00 |
| 03/31/2026 | MHH | Counsel meeting regarding case handling. | 1.1 | $600.00 | $660.00 |
| 03/31/2026 | MHH | Research and review creditor notice requirements. | 0.3 | $600.00 | $180.00 |
| Subtotal | | | | | $65,515.00 |

**26-0152- Case Administration (Expenses)**

| Date | Initials | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 03/02/2026 | MEH | Secretary of State searches invoice batch no. 156335701 & 156313384. | | - | $30.00 |
| Subtotal | | | | | $30.00 |

**26-0154- Cash Collateral (Services)**

| Date | Initials | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 03/28/2026 | EZ | Review adequate protection stipulations including template form and review multiple emails regarding adequate protection and assess. | 0.8 | $650.00 | $520.00 |
| 03/29/2026 | EZ | Review and assess multiple emails from debtor counsel regarding adequate protection and review and assess proposed M2 stipulation and lien perfection analysis. | 0.8 | $650.00 | $520.00 |
| Subtotal | | | | | $1,040.00 |

**26-0155- Claims Objection (Services)**

| Date | Initials | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 03/13/2026 | EZ | Review trade claim of apparent debtor affiliate and review secretary of state formation records and comptroller public information and ownership reports for multiple nesting doll entity structure with respect to related-entity trade claimants. | 1.3 | $650.00 | $845.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/17/2026 | EZ | Assess related-entity trade claims including review and assess secretary of state and comptroller filings for 57 Aggregates LLC and review and assess secretary of state and comptroller filings for the members of 57 Aggregates LLC including 57 Mining LLC and 57X Group LLC including compare against appraisal district records and review and assess secretary of state and comptroller filings for 57 Mechanic LLC and review and assess secretary of state and comptroller filings for the members of 57 Mechanic LLC including 57 Mech LLC including compare against appraisal district records and review secretary of state records of 57 RGV LLC | 1.8 | $650.00 | $1,170.00 |
| 03/23/2026 | EZ | Work on topics and questions for financial advisor including review findings from review of bank statements. | 0.8 | $650.00 | $520.00 |
| Subtotal | | | | | $2,535.00 |

**26-0156- Contested Matters (Services)**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/02/2026 | MF | Contested Matters: Conduct legal and factual research regarding indemnity claims and connected issues (.8); internal communications with Team regarding same (.2). | 1 | $650.00 | $650.00 |
| 03/03/2026 | MF | Contested Matters: Reviewing Debtor's document production and reviewing for use in upcoming 2004 examinations. | 0.5 | $650.00 | $325.00 |
| 03/04/2026 | MF | Contested Matters: Internal communications regarding indemnity and advancement issues, and review documents for potential turnover. | 0.4 | $650.00 | $260.00 |
| 03/04/2026 | MF | Contested Matters: Review correspondence with Debtor's attorneys regarding transfer to Jordan & Ortiz (.2); internal communications regarding same, and review and analyze documents connected to same (.4). | 0.6 | $650.00 | $390.00 |
| 03/05/2026 | MHH | Analyze and email Mary Elizabeth Heard regarding indemnity provisions in Company Agreement regarding indemnities for Company Members & Managers as they relate to Management of Debtors claimed right to indemnities and payment from Debtors. | 1.4 | $600.00 | $840.00 |
| 03/05/2026 | MF | Contested Matters: Continue reviewing and analyzing Debtor's document productions to date. | 0.6 | $650.00 | $390.00 |
| 03/11/2026 | MHH | Review case law research regarding solvent debtor treatment. | 1 | $600.00 | $600.00 |
| 03/13/2026 | MEH | Analyze two lease assumption motions governing three leases and research issues with same. | 1.5 | $650.00 | $975.00 |
| 03/13/2026 | MF | Contested Matters: Brief review of Motions for Assumption of Leases. | 0.2 | $650.00 | $130.00 |
| 03/16/2026 | MEH | Advise Doug R. regarding environmental issues and certain issues with leases Debtor seeking to assume and ask him for analysis for objections / responses. | 0.8 | $650.00 | $520.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/16/2026 | MHH | Review motions filed by Debtor regarding leases, and by creditors request stay. | 0.6 | $600.00 | $360.00 |
| 03/16/2026 | DR | Review debtor's motion and lease with Brownsville Navigation District (1.1); prepare lease overview and summary (0.4) | 1.5 | $550.00 | $825.00 |
| 03/16/2026 | EZ | Review debtor motion to assume lease with navigation district including review lease and proposed order and assess whether additional documents are needed to assess potential objection. | 0.7 | $650.00 | $455.00 |
| 03/16/2026 | EZ | Review motion to assume two leases with apparent debtor affiliate including review leases and proposed order and determine what documents and information are needed to assess | 0.8 | $650.00 | $520.00 |
| 03/16/2026 | EZ | Review secretary of state and comptroller filings relating to lessor entity and review payments made to lessor during 90 days prior to filing. | 0.8 | $650.00 | $520.00 |
| 03/16/2026 | EZ | Assess two proposed leases to apparent insider and prepare list of additional documents needed to assess. | 1.1 | $650.00 | $715.00 |
| 03/16/2026 | EZ | Investigate market rate for comparable improved and unimproved tracts to assess whether proposed lease payments to be assumed are over market rates. | 0.8 | $650.00 | $520.00 |
| 03/17/2026 | MF | Contested Matters: Review and analyze correspondence with Jordan & Ortiz and responses to same (.3); continue review of document productions (.3); brief review and analysis of Motion to Extend Exclusivity Period (.3). | 0.9 | $650.00 | $585.00 |
| 03/18/2026 | EZ | Work on questions for debtor financial advisor and manager of multiple creditor entities including review motion and supporting documents to employ and review certificates of formation for 57 RGV LLC, 57 RGV Mechanic and 57 RGV Mech. | 1.3 | $650.00 | $845.00 |
| 03/18/2026 | DR | Review debtor's motion and property leases with 57 Aggregates (1.0); prepare lease overview and summary (0.4) | 1.4 | $550.00 | $770.00 |
| 03/18/2026 | MHH | Review and confer regarding C. Rubio's response to production requests. | 0.5 | $600.00 | $300.00 |
| 03/18/2026 | MF | Contested Matters: Continue reviewing and analyzing Debtor's document productions. | 0.7 | $650.00 | $455.00 |
| 03/18/2026 | EZ | Review and assess proposed motion and order on assumption of leases with 57 Aggregates and work on strategy for responding to motion including review secretary of state and comptroller records for 57 Aggregates. | 0.4 | $650.00 | $260.00 |
| 03/19/2026 | EZ | Continue work on potential objection to motion to assume two leases including review deed history of two properties to be assumed to determine if properties were previously owned by the company and review and assess documents produced by debtor relating to leases and review secretary of state documents relating to pertinent entities. | 1.2 | $650.00 | $780.00 |
| 03/19/2026 | EZ | Work on list of discovery documents. | 0.6 | $650.00 | $390.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/19/2026 | EZ | Work on document list for meeting with debtor counsel and meeting with debtor counsel. | 0.5 | $650.00 | $325.00 |
| 03/19/2026 | MF | Contested Matters: Review correspondence with Jordan & Ortiz regarding transfer from Debtor (.3); continue review of document production for use in timeline of key events (.6). | 0.9 | $650.00 | $585.00 |
| 03/20/2026 | EZ | Work on questions for financial advisor regarding insider trade claimants and regarding leases with affiliates. | 0.8 | $650.00 | $520.00 |
| 03/20/2026 | MF | Case Administration: Review and analyze communications regarding lawsuits involving Debtor and Management. | 0.3 | $650.00 | $195.00 |
| 03/23/2026 | MF | Contested Matters: Telephone conference with M.E. Heard to discuss outstanding matters. | 0.6 | $650.00 | $390.00 |
| 03/23/2026 | EZ | Review lease payment histories and pertinent payment provisions of leases and assess payment amounts and ordinary course. | 0.3 | $650.00 | $195.00 |
| 03/24/2026 | EZ | Continue work on topics and questions for financial advisor including questions regarding affiliated entities. | 0.9 | $650.00 | $585.00 |
| 03/24/2026 | MF | Contested Matters: Continue reviewing and analyzing background documents in preparation for potential 2004 examinations. | 2.2 | $650.00 | $1,430.00 |
| 03/24/2026 | EZ | Review UCC filings for three entities to file bankruptcy to determine dates of equipment financing relative to formation dates. | 0.8 | $650.00 | $520.00 |
| 03/26/2026 | EZ | Review multiple emails regarding missing bank statements and company ledger and work on questions for financial advisor. | 0.8 | $650.00 | $520.00 |
| 03/26/2026 | MF | Contested Matters: Continue legal and factual research regarding transfer to Jordan & Ortiz (1.5); begin drafting outline of Demand Letter regarding same (1.2). | 2.7 | $650.00 | $1,755.00 |
| 03/26/2026 | MHH | Review and revise letter to Debtors. | 0.3 | $600.00 | $180.00 |
| 03/27/2026 | EZ | Assess discrepancy in UCC1 and motion to lift stay by Mitsubishi and assess validity of Mitsubishi claim for adequate protection in light of UCC1 discrepancy including review and assess pertinent documents. | 0.8 | $650.00 | $520.00 |
| 03/27/2026 | EZ | Assess liability of additional debtors for cash collateral payments. | 0.7 | $650.00 | $455.00 |
| 03/29/2026 | MF | Contested Matters: Review communications from M.E. Heard regarding pending matters (.3); conduct legal and factual research regarding pending lawsuits against Debtor and management (.9). | 1.2 | $650.00 | $780.00 |
| 03/30/2026 | MF | Contested Matters: Telephone conference with M.E. Heard to discuss proposed response to stipulations, potential Rule 2004 examinations, and other pending matters. | 0.7 | $650.00 | $455.00 |
| 03/30/2026 | EZ | Review debtor calculations of cash collateral payments proposed to Caterpillar, CCG, Equify Financial, JB&B, KLC, Komatsu, M2, Mack, Nations Fund, Paccar Volvo and work on response to proposed stipulation with M2. | 1.3 | $650.00 | $845.00 |
| 03/30/2026 | EZ | Review authorities relevant to objection to proposed stipulation. | 0.8 | $650.00 | $520.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/30/2026 | EZ | Review multiple emails regarding adequate protection payments and review debtor amended schedules and work on questions for financial advisor. | 1.2 | $650.00 | $780.00 |
| 03/31/2026 | EZ | Review and assess document production #6 for use in adequate protection analysis and objection and objections to insider claims. | 0.8 | $650.00 | $520.00 |
| 03/31/2026 | EZ | Work on questions relating to and analysis of spin-off insider entities and review opinions i involving similar facts for purposes of discussion with financial advisor and regarding insider trade claims. | 0.7 | $650.00 | $455.00 |
| 03/31/2026 | EZ | Review and assess multiple emails regarding document production and missing documents and attachments and identify missing documents that financial advisor maybe be able to provide, locate, or provide acceptable substitute information. | 0.7 | $650.00 | $455.00 |
| Subtotal | | | | | $26,365.00 |

**26-0156- Contested Matters (Expenses)**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/29/2026 | MEH | SearchTX for courts record search. | | - | $28.00 |
| Subtotal | | | | | $28.00 |

**26-0157- Creditor Matters (Services)**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/03/2026 | MHH | Draft Bylaws for Committee. | 2.3 | $600.00 | $1,380.00 |
| 03/04/2026 | MHH | Draft additional elements to Bylaws for Committee with focus on requirements for 2 Members | 2.7 | $600.00 | $1,620.00 |
| 03/12/2026 | MHH | Review and advise on privilege rules vis a vis creditor committee and bylaws. | 1.1 | $600.00 | $660.00 |
| 03/13/2026 | MHH | Confer with J. Hegleson regarding Committee meeting agenda. | 0.2 | $600.00 | $120.00 |
| 03/13/2026 | MHH | Draft Committee meeting agenda. | 1.1 | $600.00 | $660.00 |
| 03/17/2026 | MHH | Confer with team regarding Commitee meeting. | 0.2 | $600.00 | $120.00 |
| 03/17/2026 | MEH | Revise bylaws for committee presentation (1.9); emails with client and team regarding same (.2); emails with C. Rubio regarding lease motions and continuance (.2). | 2.3 | $650.00 | $1,495.00 |
| 03/17/2026 | MHH | Review changes to bylaws. | 1.6 | $600.00 | $960.00 |
| 03/17/2026 | MHH | Review S. Jordan's engagement letter with Eliud, Jesus, and Pedro and related statements and records to it. | 1.2 | $600.00 | $720.00 |
| 03/17/2026 | MHH | Review emails from Charles Rubio with other records. | 0.3 | $600.00 | $180.00 |
| 03/17/2026 | MHH | Attend Committee meeting. | 0.9 | $600.00 | $540.00 |
| 03/17/2026 | EZ | Review by-laws, prepare for, and attend creditors committee meeting. | 0.8 | $650.00 | $520.00 |
| 03/17/2026 | MHH | Prepare Committee meeting minutes. | 0.9 | $600.00 | $540.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/18/2026 | MHH | Review pleadings recently filed. | 0.2 | $600.00 | $120.00 |
| 03/23/2026 | MHH | Review emails and motions. | 0.7 | $600.00 | $420.00 |
| 03/24/2026 | MHH | Review emails and motions. | 0.8 | $600.00 | $480.00 |
| 03/25/2026 | MHH | Review emails and motions. | 0.7 | $600.00 | $420.00 |
| 03/30/2026 | MHH | Review and confer regarding Committee meeting agenda. | 0.3 | $600.00 | $180.00 |
| 03/30/2026 | MHH | Prepare and Joinders and Bylaws for execution. | 0.5 | $600.00 | $300.00 |
| 03/31/2026 | MHH | Attend meeting with Creditor Committee. | 1 | $600.00 | $600.00 |
| 03/31/2026 | MHH | Prepare Committee meeting minutes. | 0.5 | $600.00 | $300.00 |
| Subtotal | | | | | $12,335.00 |

**26-0157- Creditor Matters (Expenses)**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/13/2026 | MHH | Texas Sec. of State Fees. | | - | $12.30 |
| Subtotal | | | | | $12.30 |

**26-0158- Employment Application (Services)**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/01/2026 | JLS | Prepare documents for filing and file with the Court. | 0.3 | $300.00 | $90.00 |
| 03/02/2026 | MEH | Advise J. Selbig on a number of items to finalize and serve employment application. | 0.5 | $650.00 | $325.00 |
| 03/20/2026 | JLS | Prepare certificate of no objection to the application to employ Grable Martin PLLC | 0.4 | $300.00 | $120.00 |
| 03/24/2026 | JLS | Prepare document for filing and file certificate of no objection to application to employ Grable Martin PLLC. | 0.2 | $300.00 | $60.00 |
| Subtotal | | | | | $595.00 |

**26-0159- Fee Application (Services)**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/31/2026 | JH | Research re: Fee Application requirements (.5). | 0.5 | $500.00 | $250.00 |
| Subtotal | | | | | $250.00 |

**26-0161- General Bankruptcy Matters (Services)**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/02/2026 | MHH | File notice of appearance. | 0.2 | $600.00 | $120.00 |
| 03/02/2026 | MF | General Bankruptcy Matters: Review and analyze transfers during preference period and conduct brief legal and factual research on connected issues. | 1.2 | $650.00 | $780.00 |
| 03/06/2026 | MHH | Review emails between Debtor's Counsel and Creditor Counsel. | 1.5 | $600.00 | $900.00 |
| 03/09/2026 | MHH | Review correspondence from Debtor's counsel. | 0.4 | $600.00 | $240.00 |
| 03/11/2026 | MHH | Revise Bylaws. | 2.3 | $600.00 | $1,380.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/11/2026 | MHH | Review case law related to quorum and bylaws when less than 3 members available. | 1.2 | $600.00 | $720.00 |
| 03/12/2026 | MHH | Meeting regarding case handling and next steps including preparing agenda and discovery issues. | 0.9 | $600.00 | $540.00 |
| 03/19/2026 | MF | General Bankruptcy Matters: Attend Teams conference with Debtor's counsel to discuss various matters. | 0.6 | $650.00 | $390.00 |
| 03/20/2026 | JLS | Download and analyze proof of interest filed by E, Cavazos and J. Cepeda, and, stipulation and agreed order entered by the Court(.2); research E. Cavazos address on proof of interest (.2). | 0.3 | $300.00 | $90.00 |
| 03/20/2026 | MHH | Review email correspondence with Debtors counsel and pleadings. | 1.2 | $600.00 | $720.00 |
| 03/30/2026 | JLS | Download and analyze proof of claim filed by Prime Alliance Bank | 0.2 | $300.00 | $60.00 |
| Subtotal | | | | | $5,940.00 |

**26-0162- General Business Matters (Services)**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/27/2026 | JLS | Conference with E. Zukoski regarding letter to debtor's counsel (.3); revise letter to debtor's counsel (.2); email to debtor's counsel (.1). | 0.6 | $300.00 | $180.00 |
| Subtotal | | | | | $180.00 |

**26-0163- Lease/Executory Contracts (Services)**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/14/2026 | MEH | Review and analyze two motions to assume total of three leases between them (.7); research Cameron and Hidalgo County records and county appraisal districts for each regarding ownership of properties (1.0); assemble draft of analysis for review with client (.5); emails with team regarding objections / responses (.4). | 2.6 | $650.00 | $1,690.00 |
| 03/16/2026 | JLS | Review and analyze real property records in Hidalgo and Cameron counties for leased property that debtor leases. | 0.6 | $300.00 | $180.00 |
| Subtotal | | | | | $1,870.00 |

**26-0164- Lift Stay/Relief from Stay (Services)**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/03/2026 | JLS | Download and analyze motion for relief filed by First Citizens Bank & Trust Company with exhibit and notice of hearing (.3); email with team regarding the collateral listed in the motion for relief (.1). | 0.4 | $300.00 | $120.00 |
| 03/03/2026 | MEH | Review lift stay and email C. Rubio regarding same. | 0.4 | $650.00 | $260.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/11/2026 | JLS | Download and analyze motion for relief from stay filed by Isreal Garza, and stipulation and agreed order granting limited relief from eh automatic stay with regards to Aimee Resendez. | 0.2 | $300.00 | $60.00 |
| 03/12/2026 | MEH | Attention to equipment lien issues. | 1 | $650.00 | $650.00 |
| 03/16/2026 | JLS | Download and analyze motion for relief from stay filed by MItusbishi MC and order extending time for removal actions. | 0.2 | $300.00 | $60.00 |
| 03/26/2026 | JLS | Analyze the exhibits contained on the motion for relief by Mitsubishi versus exhibits attached to Mitsubishi proof of claim no. 40 for the correct VIN for the 2023 LiuGong Excavator listed on schedule 3 of the master loan agreement. | 0.6 | $300.00 | $180.00 |
| 03/27/2026 | JLS | Analyze the stipulation and agreed order with First Citizens Bank (.4).. | 0.4 | $300.00 | $120.00 |
| Subtotal | | | | | $1,450.00 |

**26-0165- Litigation (Services)**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/04/2026 | MF | Case Administration: Telephone conference with M.E. Heard regarding latest, discussing tasks and next steps. | 0.4 | $650.00 | $260.00 |
| 03/30/2026 | JLS | Review multiple emails from debtor's counsel received from 3/27/26-3/30/26. | 0.3 | $300.00 | $90.00 |
| 03/31/2026 | JME | Review correpondence and and docs regarding discovery dispute | 1.5 | $650.00 | $975.00 |
| Subtotal | | | | | $1,325.00 |

**26-0169- Schedules/SOFA (Services)**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/24/2026 | MF | Schedules/SOFA: Continue reviewing Schedules and SOFA, and factual research regarding pending lawsuits against Debtor and management. | 1.4 | $650.00 | $910.00 |
| 03/27/2026 | MF | Schedules/SOFA: Review Petitions filed by additional Debtors, and review correspondence regarding Amended Schedules and SOFA. | 0.4 | $650.00 | $260.00 |
| 03/31/2026 | MF | Schedules/SOFA: Review Debtor's Amended Schedules and SOFA. | 0.6 | $650.00 | $390.00 |
| Subtotal | | | | | $1,560.00 |

**26-0357- Investigations (Services)**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/02/2026 | MEH | Research secretary of state filings, relevant items on the docket, and other online filings to identify affiliates (3.2) build preliminary list of affiliates and insiders for 57 Concrete (1.3); email Julia H. and Jennifer S. with list to start their research for investigations. (.4). | 4.9 | $650.00 | $3,185.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/02/2026 | MEH | Review responses to informal discovery requests and compare against notes (.5); emails with S. Hill regarding productions and responses (.4). | 0.9 | $650.00 | $585.00 |
| 03/02/2026 | MEH | Review discovery provided by Debtor (1.0); emails with M. Furse regarding Shelby Jordan payment (.5) | 1.5 | $650.00 | $975.00 |
| 03/03/2026 | JH | Research debtor's vehicle and equipment assets. | 6.8 | $500.00 | $3,400.00 |
| 03/03/2026 | MEH | Research entities formed in April 2025 (1.2); email M. Furse regarding same (.3); draft extensive notes on schedules and SOFA's (2.1). | 3.6 | $650.00 | $2,340.00 |
| 03/03/2026 | MEH | Continue reviewing Debtor's documents and outlining issues with equipment, insurance, and insiders. | 2.1 | $650.00 | $1,365.00 |
| 03/03/2026 | MEH | Assemble list of amounts going to insiders and emails with M. Furse regarding same. | 2.3 | $650.00 | $1,495.00 |
| 03/03/2026 | JLS | Research debtor's vehicle and equipment assets. | 2.5 | $300.00 | $750.00 |
| 03/04/2026 | JLS | Research debtor's vehicle and equipment assets. | 2.5 | $300.00 | $750.00 |
| 03/04/2026 | JH | Research debtor's vehicle and equipment assets. | 0.9 | $500.00 | $450.00 |
| 03/04/2026 | JH | Research debtor's vehicle and equipment assets. | 2.4 | $500.00 | $1,200.00 |
| 03/04/2026 | MEH | Fact research regarding MCAs and preferences. (1.3); emails with team regarding case strategy (.5). | 1.8 | $650.00 | $1,170.00 |
| 03/05/2026 | JLS | Research vehicle and equipment loan and contract documents. | 2.6 | $300.00 | $780.00 |
| 03/05/2026 | JH | Research debtor's vehicle and equipment assets. | 1.6 | $500.00 | $800.00 |
| 03/05/2026 | MEH | Emails with C. Rubio regarding the Shelby Jordan payment from the Debtor for insider's attorney (.4); emails with team regarding case strategy (.6). | 1 | $650.00 | $650.00 |
| 03/05/2026 | MEH | Research indemnification issue. | 1 | $650.00 | $650.00 |
| 03/05/2026 | MEH | Prepare long email to clients regarding case status and strategy on a number of matters (.5); draft turnover letter to S. Jordan and C. Rubio (.5). | 1 | $650.00 | $650.00 |
| 03/05/2026 | MEH | Listen to vm from C. Rubio (.1); emails with C. Rubio regarding Jordan & Ortiz payment (.2). | 0.3 | $650.00 | $195.00 |
| 03/06/2026 | JLS | Research vehicle and equipment data | 6.4 | $300.00 | $1,920.00 |
| 03/06/2026 | JH | Research debtor's vehicle and equipment assets. | 3.2 | $500.00 | $1,600.00 |
| 03/06/2026 | MEH | Emails with clients regarding case strategy (.3). | 0.3 | $650.00 | $195.00 |
| 03/10/2026 | JLS | Prepare deficiency list of vehicles and equipment for UCC's and loan documents/purchase agreements (1.0); email to team regarding the deficiencies (.1). | 1.1 | $300.00 | $330.00 |
| 03/16/2026 | MEH | Analyze issues surrounding leases and issues with insiders. | 1.5 | $650.00 | $975.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/16/2026 | MEH | Review and analyze long email from C. Rubio regarding discovery disputes (.4); prepare response to same (.5); confer internally regarding strategy (.5); prepare list of further discovery associated with lease motions (.5); review rules regarding extensions of time to assume real property leases (.2); emails with C. Rubio and team regarding same (.3). | 2.4 | $650.00 | $1,560.00 |
| 03/17/2026 | MEH | Emails with C. Rubio regarding extension of lease motion and deadline to object. | 0.3 | $650.00 | $195.00 |
| 03/17/2026 | MEH | Revise demand / turnover letter to S. Jordan (.2); emails with S. Jordan regarding same (.3); emails with J. Selbig and J. Helgeson regarding equipment issues (.5); emails with C. Rubio regarding client only agreeing to 90 day extension on exclusivity (.4); continue investigation of insiders (1.0); email client regarding exclusivity (.3). | 2.7 | $650.00 | $1,755.00 |
| 03/17/2026 | MEH | Continue working on insider investigation (1.0); advise client on various matters (.4); review motion to extend exclusivity and emails with D counsel regarding same (.4); listen to vm from C. Rubio regarding outstanding discovery issues (.1); emails with C. Rubio regarding same (.3); look at law on 327 with regards to S. Jordan having been counsel to debtor before becoming management / insider's lawyer (1.0); | 3.2 | $650.00 | $2,080.00 |
| 03/19/2026 | JLS | Review and analyze proof of claim #44 filed by Caterpillar Financial Services to cross-reference the loan documents and UCC's. | 0.6 | $300.00 | $180.00 |
| 03/19/2026 | MEH | Emails with PR firm regarding production (.4); continue reviewing production 3 for investigations (1.0); extensive analysis of 3 lease motions (1.5). | 2.9 | $650.00 | $1,885.00 |
| 03/19/2026 | JH | Research re: Production #3 documents re: Adequate Protection analysis (1.4); Draft email summary of findings to ME/team (.1). | 1.5 | $500.00 | $750.00 |
| 03/20/2026 | JLS | Review financial documents received by the debtor. | 0.3 | $300.00 | $90.00 |
| 03/20/2026 | MEH | Deep dive into productions 3 and 4 (2.3); draft analysis for clients (1.5). | 3.8 | $650.00 | $2,470.00 |
| 03/23/2026 | JLS | Research and analyze bank statements provided by debtor (2.8) | 2.8 | $300.00 | $840.00 |
| 03/23/2026 | MEH | Review analysis on payments to insiders from discovery (1.0); continue working on analysis of Alegre and other insiders (1.5). | 2.5 | $650.00 | $1,625.00 |
| 03/23/2026 | JH | Research and analysis re: Bank Statements and Schedules (9.9); Analysis re: UCC Perfection for Liu Gong/Mitsubishi (.4). | 10.3 | $500.00 | $5,150.00 |
| 03/24/2026 | JLS | Review and analyze Hidalgo County deed records (.3); review, analyze and download debtor's state court lawsuit against C. Marroquin (1.3). | 1.6 | $300.00 | $480.00 |
| 03/24/2026 | JLS | Review and analyze bank statements provided by the debtor. | 1.7 | $300.00 | $510.00 |
| 03/24/2026 | MEH | Continue working on questions for Alegre and Debtor. | 2.6 | $650.00 | $1,690.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/24/2026 | JH | Research and analysis re: Bank Statements and Schedules (4.1). | 4.1 | $500.00 | $2,050.00 |
| 03/25/2026 | JLS | Research and analyze bank statements. | 2 | $300.00 | $600.00 |
| 03/25/2026 | MHH | Search CB Concrete and related entities corporate records, as they are a joint payor related in bank and credit card statements. Search multiple jurisdictions and no exact match for name. | 0.9 | $600.00 | $540.00 |
| 03/25/2026 | JH | Research and analysis re: Bank Statements and Schedules. | 5.1 | $500.00 | $2,550.00 |
| 03/26/2026 | JLS | Research vehicle and equipment loan and contract documents. | 0.8 | $300.00 | $240.00 |
| 03/26/2026 | JH | Research and analysis re: Production #5 from Debtor's Counsel (2.1). | 2.1 | $500.00 | $1,050.00 |
| 03/27/2026 | JH | Research and analysis re: draft stipulations provided by Debtor's counsel and impact on Adequate Protection analysis due to joint administration filings. (.4); Review and advice re: correspondence to Debtor's counsel re: deadline for requested documents and records (.3); Research re: UCC-1 filing dates (2.6). | 3.3 | $500.00 | $1,650.00 |
| 03/27/2026 | MEH | Prepare additional letter to PR regarding discovery for additional debtors in advance of Alegre meeting and emails regarding same. | 1 | $650.00 | $650.00 |
| 03/27/2026 | MEH | Additional long emails from C. Rubio and S. Hill regarding discovery from new debtors and AP stipulations. | 1 | $650.00 | $650.00 |
| 03/29/2026 | MEH | Research all lawsuits involving debtors and all lawsuits involving insiders and assemble analysis regarding same. | 4.3 | $650.00 | $2,795.00 |
| 03/29/2026 | MEH | Multiple long emails with PR about continuing discovery disputes and internal conferences regarding same. | 2 | $650.00 | $1,300.00 |
| 03/30/2026 | JH | Receive/review instruction for Agenda items to be discussed at UCC Meeting 3/31 (.2). Review minutes of prior meeting (.3); Prepare draft Agenda for UCC Meeting 3/31 (.5); Circulate Agenda for comments among team (.1); Research and analysis re: guarantors on lender agreements (.6); Research re: UCC-1 filing dates (.4); Research re: production inventory (.9); Email Agenda to UCC (.1). | 2.7 | $500.00 | $1,350.00 |
| 03/31/2026 | JLS | Emails with debtor's counsel with production documents (.1). | 0.1 | $300.00 | $30.00 |
| 03/31/2026 | JLS | Download and analyze the proof of claim filed by Equify and its exhibits with regards to loan agreements and corresponding UCC's for each piece of equipment. | 0.9 | $300.00 | $270.00 |
| 03/31/2026 | JH | Research re: Document Production Summary (.8); Research re: changes from Amended Schedules filed (.6) | 1.4 | $500.00 | $700.00 |
| Subtotal | | | | | $64,095.00 |
| Grand Total | | | | | $185,125.30 |