**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| 57 CONCRETE LLC, | ) | |
| | ) | Case No. 25-90818 (CML) |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF GRABLE MARTIN PLLC AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF 57 CONCRETE LLC, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD FROM JANUARY 30, 2026 THROUGH AND INCLUDING JULY 31, 2026**

The Court has considered the *First Interim Fee Application of Grable Martin PLLC as Counsel to the Official Committee of Unsecured Creditors of 57 Concrete LLC, for Compensation for Services Rendered and Reimbursement of Expenses Incurred During the Period from January 30, 2026 Through and Including July 31, 2026* (the "Application"), filed by Grable Martin PLLC (the "Applicant"). The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of expenses in the amount of $782,249.99 for the period set forth in the Application.

2. The compensation and reimbursement of expenses allowed in this order and all previous interim allowances of compensation and reimbursement of expenses are approved on a interim basis.

3. The Debtor, as applicable, is hereby authorized and directed to disburse

$782,249.99 in as allowed by Paragraph 1 of this Order.

Dated: _________, 2026

____________________________________
Honorable Christopher López
United States Bankruptcy Judge