**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO. 25-90818 (CML) |
| 57 Concrete LLC, et al., | § | |
| | § | Chapter 11 |
| Debtors. | § | (Jointly Administered) |

**NOTICE OF INTENT TO ADDUCE TESTIMONY FROM A REMOTE LOCATION BY TELEPHONE AND VIDEO TECHNOLOGY**

1. This Notice is filed pursuant to BLR 9017-1(c)(2)(B) by the Debtors.

2. This Notice pertains to the matters scheduled for hearing or trial in this case on November 3, 2026, at 9:00 AM (CT), including the hearing to consider approval of the Disclosure Statement and Solicitation Process for the Debtors' Joint Chapter 11 Plan of Reorganization [Docket No. 515].

3. The party filing this Notice intends to call Eliud R. Cavazos to testify at the scheduled hearing or trial by telephone and video technology.

4. Any party-in-interest may object to this notice within 3 days of its filing on the Court's docket. If no party-in-interest files a timely objection, the Court will allow the identified witnesses to give testimony remotely using the Court's telephone and video technology. If the Court does not authorize the testimony to be taken remotely, the Court will schedule a date for the witness's testimony to be given live in open court. Both the witness(es) and the objector must appear in person at the scheduled date.

5. This Notice may be withdrawn at any time prior to the scheduled hearing or trial.

Date: October 27, 2026

/s/ Charles M. Rubio
Name: Charles M. Rubio
State Bar No.: 24083768
Address: 708 Main Street, Floor 10,
Houston, TX 77002
Telephone: 212-763-3331
E-mail: crubio@parkinsrubio.com