**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: 57 Concrete LLC and Official Committee of Unsecured Creditors
Debtor

Case No.: 25−90818

Chapter: 11

# NOTICE OF FILING OF OFFICIAL TRANSCRIPT

An official transcript has been filed in this case and it may contain information protected under the E-Government Act of 2002, and Fed. R. Bank. P. 9037.

Transcripts will be electronically available on PACER to the public 90 days after their filing with the court. To comply with privacy requirements of Fed. R. Bank. P. 9037, the parties must ensure that certain protected information is redacted from transcripts prior to their availability on PACER.

If redaction is necessary, the parties must file a statement of redaction listing the items to be redacted, citing the transcript's docket number, the item's location by page and line, and including only the following portions of the protected information. This statement must be filed within 21 days of the transcript being filed. A suggested form for the statement of redaction is available at https://www.txs.uscourts.gov/.

- the last four digits of the social security number or taxpayer identification number;
- the year of the individual's birth;
- the minor's initials;
- the last four digits of the financial account number; and
- the city and state of the home address.

Any additional redaction requires a separate motion and Court approval.

A party may review the transcript at the Clerk's Office public terminals or purchase it by following the instruction on our website at https://www.txs.uscourts.gov/ or by calling (713) 250−5500 . A party is only responsible for reviewing the:

- opening and closing statements made on the party's behalf;
- statements of the party;
- testimony of any witness called by the party; and
- any other portion of the transcript as ordered by the court.

Redaction is your responsibility. The Clerk, court reporter, or transcriber will not review this transcript for compliance.

Nathan Ochsner
Clerk of Court

United States Bankruptcy Court
Southern District of Texas

In re: Case No. 25-90818-cml
57 Concrete LLC Chapter 11
Official Committee of Unsecured Creditor
Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4 User: ADIuser Page 1 of 6
Date Rcvd: Oct 28, 2026 Form ID: ntctran Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 57 Concrete LLC, 4877 Western Road, Mission, TX 78574-6335 |
| db | + | 57 Fuels LLC, 4819 Western Rd, Mission, TX 78574-6335 |
| db | + | 57 Logistics LLC, 1612 Sebastian Street, Mission, TX 78572-6065 |
| db | + | 57 RGV Machinery LLC, 3827 N 10th Street, 205, McAllen, TX 78501-1745 |
| aty | + | Parkins & Rubio LLP, 708 Main Street, 10th Floor, Houston, TX 77002-3246 |
| cr | + | Brownsville Navigation District of Cameron County,, Rentfro, Irwin, & Irwin, PLLC, 1650 Paredes Line Road, Suite 102, Brownsville, TX 78521-1665 |
| cr | + | Charter Capital Holdings LP, c/o Jason Medley, 3040 Post Oak Blvd., Suite 1400, Houston, TX 77056-6584 |
| intp | + | Eliud Cavasos, 1612 Sebastian Street, Mission, TX 78572-6065 |
| cr | + | FIRST-CITIZENS BANK & TRUST COMPANY, BRADY LAW FIRM, PLLC, 6136 FRISCO SQUARE BLVD., SUITE 400, FRISCO, TX 75034-3251 |
| intp | + | Fox Funding Group LLC, c/o Wilson Friery PLLC, 708 Main St., 10th Floor, Houston, TX 77002-3246 |
| cr | + | Israel Trevino, 7835 Bernea, Edinburg, TX 78542-1234 |
| crcm | + | Official Committee of Unsecured Creditors, c/o Mary Elizabeth Heard, Grable Martin PLLC, 7700 Broadway, Suite 104 PMB 308, San Antonio, TX 78209 UNITED STATES 78209-3260 |
| intp | + | OrcaFunding, 33 E 33rd St, New York, NY 10016-5335 |
| cr | + | PNC Bank, N.A. d/b/a JCB Finance, c/o Padfield & Stout, LLP, 100 Throckmorton Street, Suite 100, Fort Worth, TX 76102-2831 |
| intp | + | The Gulf Group, LLC, 220A Dr. Hugh Emerson Rd, Brownsville, TX 78526-0224 |
| app | + | Truman Mox, Inc., 240 Park Place, Chagrin Falls, OH 44022-4456 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Oct 28 2026 10:11:57 | ALLY BANK - C/O QUILLING SELANDER LOWNDS WINSLETT, 2001 BRYAN ST STE 1800, DALLAS, TX 75201-3070 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 28 2026 10:18:37 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 28 2026 10:14:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| cr | | Email/PDF: bncnotices@becket-lee.com | Oct 28 2026 10:18:38 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | + | Email/Text: legalrequest@commercialcreditgroup.com | Oct 28 2026 10:14:00 | COMMERCIAL CREDIT GROUP INC., 525 N. Tryon Street Suite 1000, Charlotte, NC 28202-0210 |
| cr | + | Email/Text: ecffilings@padfieldstout.com | Oct 28 2026 10:14:00 | Equify Financial, LLC, c/o Padfield & Stout, LLP, 100 Throckmorton Steet, Suite 700, Fort Worth, TX 76102-2837 |
| cr | + | Email/Text: BKRMailOps@weltman.com | Oct 28 2026 10:14:00 | First Citizens Bank & Trust Company, c/o |

| | | | |
|---|---|---|---|
| | | | Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd, Suite 200, INDEPENDENCE, OH 44131-2191 |
| cr | + Email/Text: ecfbnc@aldridgepite.com | Oct 28 2026 10:14:00 | Ford Motor Credit Company LLC, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108, UNITED STATES 92108-3808 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Oct 28 2026 10:18:35 | Ford Motor Credit Company LLC, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/Text: zfanucchi@ceflegalsa.com | Oct 28 2026 10:14:00 | Holt Industrial Rentals LLC, c/o Zachary J. Fanucchi, Caldwell Clark Fanucchi & Finlayson PLLC, 700 N. St. Mary's Street, Suite 1825, San Antonio, TX 78205-3545 |
| cr | + Email/Text: zfanucchi@ceflegalsa.com | Oct 28 2026 10:14:00 | Holt Texas, Ltd dba Holt CAT, c/o Zachary J. Fanucchi, Caldwell Clark Fanucchi & Finlayson PLLC, 700 N. St. Mary's Street, Suite 1825, San Antonio, TX 78205-3545 |
| cr | + Email/Text: ahochheiser@mauricewutscher.com | Oct 28 2026 10:14:00 | IOU Central Inc., c/o Maurice Wutscher LLP, 23611 Chagrin Blvd. Suite 207, Beachwood, OH 44122-5540 |
| cr | + Email/Text: ddressler@dresslerpeters.com | Oct 28 2026 10:14:00 | KLC Financial, LLC, c/o Dennis A. Dressler, Dressler Peters, LLC, 101 W. Grand Ave., Ste. 404, Chicago, IL 60654-7129 |
| cr | + Email/Text: jking@offermanking.com | Oct 28 2026 10:14:00 | Mitsubishi HC Capital America Inc., c/o James W. King, 6420 Wellington Place, Beaumont, Tx 77706, UNITED STATES 77706-3206 |
| cr | + Email/Text: ecffilings@padfieldstout.com | Oct 28 2026 10:14:00 | PACCAR Financial Corp., c/o Padfield & Stout, LLP, 100 Throckmorton Street. Suite 700, Fort Worth, TX 76102-2837 |
| intp | + Email/Text: tross@trcmllc.com | Oct 28 2026 10:14:00 | TR Capital Management, LLC, PO BOX 633, Woodmere, NY 11598-0633 |
| cr | ^ MEBN | Oct 28 2026 10:11:54 | Texas Comptroller of Public Accounts, Revenue Acco, Callan Searcy, P.O. Box 12548, Austin, TX 78711-2548 |
| cr | + Email/Text: zfanucchi@ceflegalsa.com | Oct 28 2026 10:14:00 | Texas First Rentals, LLC, c/o Zachary J. Fanucchi, Caldwell Clark Fanucchi & Finlayson PLLC, 700 N. St. Mary's Street, Suite 1825, San Antonio, TX 78205-3545 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Americredit Financial Services, Inc. dba GM Financ |
| cr | | Cameron County |
| cr | | Caterpillar Financial Services Corporation |
| cr | | Hidalgo County |
| cr | | Komatsu Financial Limited Partnership |
| cr | | Nations Fund I, LLC |
| cr | | Stellantis Financial Services, Inc. |
| cr | | Texan Cement Inc |
| cr | | Volvo Financial Services, A division of VFS US LLC |
| cr | | Western Bulk Equipment, LLC |

TOTAL: 10 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alejandra Garcia Castro | on behalf of Creditor Nations Fund I LLC alejandra.garciacastro@huschblackwell.com, tanya.adams@huschblackwell.com;carmen.gonzales@huschblackwell.com |
| Andrew Curtis Nelson | on behalf of Creditor Western Bulk Equipment LLC nelson@wcbglaw.com, coble@wcbglaw.com |
| Ashley J. Jericho | on behalf of Creditor Caterpillar Financial Services Corporation ajericho@dwlaw.com |
| Brandon DeWayne Flack | on behalf of Creditor Western Bulk Equipment LLC bflack@wcbglaw.com, diouf@wcbglaw.com |
| Broocks Wilson | on behalf of Interested Party Fox Funding Group LLC mack@wilson-pllc.com |
| Broocks Wilson | on behalf of Defendant Fox Funding Group LLC mack@wilson-pllc.com |
| Callan Clark Searcy | on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-csearcy@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov |
| Charles Rice | on behalf of Creditor Caterpillar Financial Services Corporation crice@dwlaw.com |
| Charles Michael Rubio | on behalf of Plaintiff Eliud Cavazos crubio@parkinsrubio.com 7485062420@filings.docketbird.com |
| Charles Michael Rubio | on behalf of Debtor 57 RGV Machinery LLC crubio@parkinsrubio.com 7485062420@filings.docketbird.com |
| Charles Michael Rubio | on behalf of Debtor 57 Concrete LLC crubio@parkinsrubio.com 7485062420@filings.docketbird.com |
| Charles Michael Rubio | on behalf of Plaintiff 57 Concrete LLC crubio@parkinsrubio.com 7485062420@filings.docketbird.com |
| Charles Michael Rubio | on behalf of Plaintiff Jesus Cepeda crubio@parkinsrubio.com 7485062420@filings.docketbird.com |
| Charles Michael Rubio | on behalf of Appraiser Truman Mox Inc. crubio@parkinsrubio.com, 7485062420@filings.docketbird.com |
| Charles Michael Rubio | on behalf of Debtor 57 Logistics LLC crubio@parkinsrubio.com 7485062420@filings.docketbird.com |
| Charles Michael Rubio | on behalf of Attorney Parkins & Rubio LLP crubio@parkinsrubio.com 7485062420@filings.docketbird.com |
| Charles Michael Rubio | on behalf of Plaintiff Pedro Cepeda crubio@parkinsrubio.com 7485062420@filings.docketbird.com |
| Charles Michael Rubio | on behalf of Debtor 57 Fuels LLC crubio@parkinsrubio.com 7485062420@filings.docketbird.com |
| Dennis A Dressler | |

| | |
|---|---|
| | on behalf of Creditor KLC Financial LLC ddressler@dresslerpeters.com, rmccandless@dresslerpeters.com |
| Diane Wade Sanders | on behalf of Creditor Hidalgo County austin.bankruptcy@publicans.com |
| Diane Wade Sanders | on behalf of Creditor Cameron County austin.bankruptcy@publicans.com |
| Donald L Wyatt | on behalf of Creditor Texan Cement Inc don.wyatt@wyattpc.com don.wyatt@ecf.courtdrive.com;attydlw@me.com;don.wyatt@wyattpc.com;paula.piano@wyattpc.com |
| Fred Steven Kantrow | on behalf of Defendant OrcaFunding fkantrow@thekantrowlawgroup.com cpisciotta@thekantrowlawgroup.com |
| Fred Steven Kantrow | on behalf of Interested Party OrcaFunding fkantrow@thekantrowlawgroup.com cpisciotta@thekantrowlawgroup.com |
| Jacob T Towles | on behalf of Plaintiff 57 Concrete LLC jtowles@parkinsrubio.com |
| James W King | on behalf of Creditor Mitsubishi HC Capital America Inc. jking@offermanking.com |
| Jameson Joseph Watts | on behalf of Creditor Nations Fund I LLC jwatts@krcl.com, rboley@krcl.com;tgreenblum@krcl.com |
| Jason M Medley | on behalf of Creditor Charter Capital Holdings LP JMedley@spencerfane.com ewerner@spencerfane.com;mjones@spencerfane.com;jason-medley-1270@ecf.pacerpro.com |
| Jessica Nicole Alt | on behalf of Creditor PNC Bank N.A. d/b/a JCB Finance jalt@padfieldstout.com |
| Jessica Nicole Alt | on behalf of Creditor Volvo Financial Services A division of VFS US LLC jalt@padfieldstout.com |
| Jessica Nicole Alt | on behalf of Creditor PACCAR Financial Corp. jalt@padfieldstout.com |
| Jessica Nicole Alt | on behalf of Creditor Equify Financial LLC jalt@padfieldstout.com |
| Jim Edward Bullock | on behalf of Creditor Committee Official Committee of Unsecured Creditors jbullock@grablemartin.com |
| John Easter | on behalf of Creditor Volvo Financial Services A division of VFS US LLC jeaster@padfieldstout.com |
| John Kurt Stephen | on behalf of Interested Party The Gulf Group LLC kurt@kstephenlaw.com, myecfmail5@gmail.com;veronica@kstephenlaw.com;Vicky@kstephenlaw.com |
| John P Melko | on behalf of Attorney Parkins & Rubio LLP jmelko@foley.com john-melko-2781@ecf.pacerpro.com;docketflow@foley.com;rdiep@foley.com |
| John Robert Nelson | on behalf of Creditor Caterpillar Financial Services Corporation jnelson@dickinsonwright.com rgarza@dickinsonwright.com |
| John Todd Malaise | on behalf of Creditor Israel Trevino toddm@davislaw.com oliva@ecf.courtdrive.com,dana@oliva.law |
| Kyle Woodard | on behalf of Creditor Komatsu Financial Limited Partnership kwoodard@krcl.com kwoodard@ecf.courtdrive.com;ecf@krcl.com;srhea@krcl.com |
| Lenard M. Parkins | on behalf of Plaintiff 57 Concrete LLC lparkins@parkinsrubio.com 9141256420@filings.docketbird.com;bmcfadden@parkinsrubio.com,9141256420@filings.docketbird.com |
| Lenard M. Parkins | on behalf of Debtor 57 Concrete LLC lparkins@parkinsrubio.com 9141256420@filings.docketbird.com;bmcfadden@parkinsrubio.com,9141256420@filings.docketbird.com |
| Marcus Montalvo | on behalf of Defendant Cesar Cabello Marroquin mark@montalvolaw.net |
| Marshall Henry Harkins | on behalf of Creditor Committee Official Committee of Unsecured Creditors mharkins@grablemartin.com |
| Mary Elizabeth Heard | on behalf of Creditor Committee Official Committee of Unsecured Creditors meheard@grablemartin.com |

| | |
|---|---|
| | courtnotices@grablemartin.com;rhutchens@grablemartin.com |
| Matthew Alexander Knox | on behalf of Creditor Americredit Financial Services Inc. dba GM Financial maknox@hinshawlaw.com, sburns@hinshawlaw.com |
| Matthew Alexander Knox | on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial maknox@hinshawlaw.com, sburns@hinshawlaw.com |
| Matthew Dennis Giadrosich | on behalf of Creditor Equify Financial LLC mdg@padfieldstout.com |
| Matthew Dennis Giadrosich | on behalf of Creditor PACCAR Financial Corp. mdg@padfieldstout.com |
| Matthew Edward Furse | on behalf of Creditor Committee Official Committee of Unsecured Creditors mfurse@grablemartin.com |
| Matthew John McGowan | on behalf of Creditor Volvo Financial Services A division of VFS US LLC mmcgowan@padfieldstout.com |
| Michael Fishel | on behalf of Debtor 57 RGV Machinery LLC michael@FishelLawGroup.com michael-fishel-2874@ecf.pacerpro.com |
| Michael Fishel | on behalf of Debtor 57 Fuels LLC michael@FishelLawGroup.com michael-fishel-2874@ecf.pacerpro.com |
| Michael Fishel | on behalf of Debtor 57 Logistics LLC michael@FishelLawGroup.com michael-fishel-2874@ecf.pacerpro.com |
| Misty A Segura | on behalf of Creditor Charter Capital Holdings LP msegura@spencerfane.com misty-segura-9690@ecf.pacerpro.com |
| Patrick Michael Lynch | on behalf of Creditor ALLY BANK - C/O QUILLING SELANDER LOWNDS WINSLETT plynch@qslwm.com pkarr@qslwm.com |
| Paul R Lawrence | on behalf of Creditor Stellantis Financial Services Inc. prl@LBandD.com, cbrown@lbandd.com |
| Rhonda Bear Mates | on behalf of Creditor COMMERCIAL CREDIT GROUP INC. mates@slollp.com winter@slollp.com |
| Roman Alexander Porsche | on behalf of Plaintiff 57 Concrete LLC romanaporsche@gmail.com |
| Shawn Kevin Brady | on behalf of Creditor FIRST-CITIZENS BANK & TRUST COMPANY sgodwin@brady-law-firm.com |
| Shelby A Jordan | on behalf of Plaintiff Jesus Cepeda sjordan@jhwclaw.com cmadden@jhwclaw.com |
| Shelby A Jordan | on behalf of Plaintiff Eliud Cavazos sjordan@jhwclaw.com cmadden@jhwclaw.com |
| Shelby A Jordan | on behalf of Plaintiff Pedro Cepeda sjordan@jhwclaw.com cmadden@jhwclaw.com |
| Shelby A Jordan | on behalf of Interested Party Eliud Cavasos sjordan@jhwclaw.com cmadden@jhwclaw.com |
| Timothy P Ribelin | on behalf of Creditor Nations Fund I LLC tim.ribelin@nortonrosefulbright.com, timothy-ribelin-7406@ecf.pacerpro.com;elizabeth.spivey@huschblackwell.com |
| Tricia Ann Morra | on behalf of Creditor Ford Motor Credit Company LLC bkecfinbox@aldridgepite.com tmorra@aldridgepite.com |
| Tricia Ann Morra | on behalf of Debtor 57 Concrete LLC bkecfinbox@aldridgepite.com tmorra@aldridgepite.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |
| Vianey Garza | on behalf of U.S. Trustee US Trustee vianey.garza@usdoj.gov |
| William Joseph Irwin | on behalf of Creditor Brownsville Navigation District of Cameron County Texas bill@rentfrolawfirm.net |
| Zachary J. Fanucchi | on behalf of Creditor Holt Texas Ltd dba Holt CAT zfanucchi@ccfflegal.com, agarcia@ccfflegal.com |

Zachary J. Fanucchi
on behalf of Creditor Texas First Rentals LLC zfanucchi@ccfflegal.com, agarcia@ccfflegal.com

Zachary J. Fanucchi
on behalf of Creditor Holt Industrial Rentals LLC zfanucchi@ccfflegal.com agarcia@ccfflegal.com

TOTAL: 72